**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JORDAN BRESLOW, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 20-cv-4896 |
| v. | : |
| | : |
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, defendant Metropolitan Life Insurance Company ("MetLife"), by way of its undersigned counsel, files this Notice of Removal of this action currently pending in the Court of Common Pleas of Montgomery County, Pennsylvania. As grounds for removal, MetLife states as follows:

1.      On September 2, 2020, *pro se* plaintiff Jordan Breslow initiated this action by filing a Civil Complaint in the Court of Common Pleas of Montgomery County, Pennsylvania against defendant MetLife. A copy of the Civil Complaint ("Complaint"), with the Notice to Defend and Civil Cover Sheet, is attached as **Exhibit 1.**[1] The action was docketed at No. 12844642.

2.      MetLife received the Complaint on September 15, 2020 via its undersigned counsel and its counsel agreed to accept service on that date.

3.      Exhibit 1 constitutes all other state court pleadings and process received by MetLife.

---

[1] Personal identifiers are partially redacted in accordance with Rule 5.1.3 of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania.

**Removal Under 28 U.S.C. §§ 1446(b)(3) and 1446(c)**

4.      In accordance with 28 U.S.C. § 1446(b)(3), this Notice of Removal is timely as it is being filed within thirty (30) days after MetLife received a copy of the Complaint, which is the first paper setting forth the claim for relief upon which plaintiff is proceeding and plaintiff's claim for damages.

5.      The state court where this case was originally filed is located in Montgomery County, which is within the Eastern District of Pennsylvania.

6.      Removal of this action is proper under 28 U.S.C. § 1441(a) because this is an action over which this Court would have original jurisdiction, pursuant to 28 U.S.C. § 1332(a).

**Jurisdiction Under 28 U.S.C. § 1332(a)**

7.      Pursuant to 28 U.S.C. § 1332(a), district courts have original jurisdiction over any action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity of citizenship.

8.      Plaintiff alleges in the Complaint that he resides in King of Prussia, Pennsylvania and, upon information and belief, is a resident and citizen of the Commonwealth of Pennsylvania. *See* Exhibit 1, Compl., caption.

9.      Defendant MetLife was at the time of the commencement of this action, and is now, an insurance company organized under the laws of the State of New York with its principal place of business at 200 Park Avenue, New York, NY 10166. *See* Exhibit 1, Compl., caption.

10.     Because plaintiff is a citizen of Pennsylvania and because MetLife is a citizen of a state other than Pennsylvania, complete diversity exists between the parties.  See 28 U.S.C. § 1332(a)(1), (a)(2).

ME1 32327879v.1

11.     Considering that the plaintiff demands compensatory damages of $279,405.01 of allegedly unpaid life insurance death benefits and also demands punitive damages of $220,000.00, the amount in controversy is in excess of $75,000, exclusive of interest and costs. *See* Exhibit 1, Compl., p. 1.

12.     Thus, the requirements for diversity jurisdiction are satisfied.

13.     A copy of this Notice of Removal will be filed promptly with the Court of Common Pleas of Montgomery County, Pennsylvania and served upon plaintiff.  See 15 U.S.C. § 1446(d).

WHEREFORE, defendant Metropolitan Life Insurance Company respectfully requests that this Court assume jurisdiction of this case and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

**McCARTER & ENGLISH, LLP**

Dated: October 5, 2020

By:  ___*/s/ Penelope M. Taylor*_____
      Penelope M. Taylor, Esquire
      PA Attorney ID No. 325513
      1600 Market Street, Suite 3900
      Philadelphia, PA 19103
      T: (973) 639-7947
      F: (973) 297-3837
      ptaylor@mccarter.com

      Attorneys for Defendant Metropolitan Life
      Insurance Company

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Notice of Removal and Disclosure

Statement of Metropolitan Life Insurance Company was e-filed via ECF this 5th day of October

2020, and was served via U.S. First Class Mail upon the following:

> Jordan Breslow
> 550 American Ave.
> Suite 203
> King of Prussia, PA 19102
> *Pro se Plaintiff*

> __ */s/ Penelope M. Taylor*_____
> Penelope M. Taylor

# EXHIBIT 1

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

**Montgomery** _____ County

| For Prothonotary Use Only: |
|---|
| Docket No: |

MAIL RECEIVED
MONTCO PROTHONOTARY

2020 SEP -2 A 10: 11

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Jordan Breslow

**Lead Defendant's Name:** Metropoliten Life Insurance Company

**Are money damages requested?** [x] Yes   [ ] No

Dollar Amount Requested:
(check one) $499,405.01
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes   [x] No

**Is this an *MDJ Appeal*?** [ ] Yes   [x] No

Name of Plaintiff/Appellant's Attorney:
[x] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other

- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other

- [x] Other: Insurance

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other

- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

2020-14359-0000  9/2/2020 12:14 PM  # 12844642
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Main (Public)
MontCo Prothonotary

...ted 1/1/2011

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY,
PENNSYLVANIA**

<u>Mr. Jordan Breslow</u>
<u>550 American Ave. St 203, King of Prussia, PA 19406</u>

VS.                                                    NO.

<u>Metropolitan Life Insurance</u>
Company
200 Park Avenue
New York, NY 10166

<u>**NOTICE TO DEFEND-CIVIL**</u>

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

   YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

   IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19401

(610) 279-9660, EXTENSION 201

Jordan Breslow
Pro se Plaintiff

Civil

PROPERTY complaint
MONTGOMERY COUNTY

[COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA]

2020 SEP -2 A 10: 11

Jordan Breslow,

550 American Ave Ste 203

King of Prussia, Pa. 19406

        Plaintiff,

    vs.

Metropolitan Life Insurance Company

200 Park Avenue

New York, NY 10166

        Defendant

Filed this 25th day of August 2020

Jordan Breslow

*Civil Complaint*

## MR. JORDAN BRESLOW VS. METROPOLITAN LIFE INSURANCE COMPANY

Pursuant law:

- PENNSLYVANIA INSURANCE COMPANY LAW OF 1921

- PENNSYLVANIA UNFAIR INSURANCE PRACTICES ACT

Damages sought:

$499,405.01

Breakdown-

    i.  $277,219.00: Unpaid Life Insurance Benefits

    ii.  $2,186.01- Unrefunded Paid Premium

    iii.  $220,000.00 - Punitive Damges

Case Summary:

My mother, the late Donna A. Breslow, was an employee of State Street Bank & Trust (Boston, MA) from May 1998 (including its predecessor Princeton Financial Services for which her years of service were reflected) until her separation and termination for long term disability in September 2019. See attached Death Certificate and the other supporting documents, Donna died April 9th, 2020.

Metropolitan Life Insurance Company ("MetLife") was her Group Life Insurance Carrier at State Street. Upon separation from State Street she exercised her right to convert his Group Life Certificate Coverage to Individual Permanent Life Insurance Coverage on a guaranteed issue basis and at guaranteed issue rates. The Life Insurance Contract (Policy number: ███2032 A) issued with an effective date 11/01/2019 and taken and paid for on 12/30/2019 with a face amount and net death benefit of $348,000.00. And a quarterly premium of $3,977.72.

Subsequently, MetLife without notice stated that they should not have let her

convert the full coverage amount. They retroactively invalidated # █████ 2032 A and denoted it on their books as "Unplaced Issue — Prem Pay". And issued insufficient refunds of $64.24 (see attached copies of processed checks) on two (2) occasions via US mail. They then placed a new Life Insurance Contract (Policy number: █████ 0347 A) on its books with an effective date of 11/01/2019 and a face amount and net death benefit of $70,781.00 And a quarterly premium of $978.37.

First, under the Pennsylvania Insurance Code, once a policy is issued and bound (as in this case) it must be honored as is, unless there were "material misrepresentations" (i.e. misstatement of age or sex) which is not the case. As an individual who works in the insurance industry, I have seen on an internal basis mistakes on insurance company's part and the insurer having to honor their word as sealed. From a legal standpoint there is lengthy legal precedent for insurers honoring bound Life Insurance Contracts despite miscommunications on their part. Additionally, given the guaranteed issue basis and a length of service beyond two (2) years on the Group Certificate, the original policy met the criteria for being regarded as Incontestable under the Pennsylvania Insurance Code. I wrote and sent via FEDEX two letters with accompanying documents to MetLife's legal counsel, Stephen Gaunter (Executive Vice President & General Counsel) with no response. As of late MetLife did response but insufficiently to resolve The matter fully, including further insufficient Refunds.

Second, MetLife's conduct is at variance with the Pennsylvania Unfair Insurance Practices Act justifying punitive damages. My mother was a Stage 4 cancer patient who deserved better from MetLife and MetLife actively sought to shirk its legal obligations.

Finally, punitive damages are also warranted given that at the time of her death my mother was actively engaged in efforts to sell her policy to a third party licensed Life Settlement firm with the aim of using the proceeds to fund her home care and treatments. MetLife actions were truly shameful.

2

## VERIFICATION

I verify that the statements made in this ___Jordan Bresler___ are true and correct to the best of my knowledge, and belief.  I understand that false statements made herein are subject to the penalties of 18 PA. C.S, Subsection 4904, relating to unsworn falsification to authorities.

Date:  7/27/2020

July
27th, 2020

Signature



BRANCH/AGENCY 07H 250

**COPY**

23.

# MetLife

## Metropolitan Life
## Insurance Company
### A Mutual Company Incorporated in New York State

Metropolitan Life Insurance Company will pay the amount of insurance and provide the other benefits of this policy according to its provisions.

_President_

_Secretary_

| | |
|---|---|
| Insured | **DONNA A BRESLOW** |
| Face Amount of Insurance | $348,000    **AS OF NOVEMBER 1, 2019** |
| Policy Number | ████ 2 032 A |
| Plan | **Life Paid-Up at 100** |

## Life Paid-Up At 100 Policy

Life insurance payable when the insured dies.

Premiums payable for a stated period.

Annual dividends.

**10-Day Right to Examine Policy--Please read this policy. You may return this policy to Metropolitan or to the sales representative through whom you bought it within 10 days from the date you receive it. If you return it within the 10-day period, the policy will be void from the beginning. We will refund any premium paid.**

See Table of Contents and Company address on the last page.

**READ THIS POLICY CAREFULLY.** This policy is a legal contract between the policy owner and Metropolitan Life Insurance Company.



2020-14359-0000   9/2/2020 12:14 PM  # 12844723
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit A (Public)
MontCo Prothonotary

8-90 (95)

AAASGP



339900912
07H  CRUMP LIFE I



POLICY SPECIFICATIONS

DATE OF POLICY    . . . . . . . .  NOVEMBER 1 2019

INSURED'S AGE  . . . . . . . . .  59

OWNER  . . . . . . . . . . . .  THE INSURED

BENEFICIARY. . . . . . . . .        JORDAN T BRESLOW
(SEE APPLICATION FOR CONTINGENT BENEFICIARY)

POLICY CLASSIFICATION  . . . . .      STANDARD

INSURED

DONNA A BRESLOW

FACE AMOUNT
OF INSURANCE..   $348,000              ███2 032 A      . . POLICY NUMBER

PLAN . . . . . .   LIFE PAID-UP AT 100
                                       07H    250

SEE THE FOLLOWING PAGE 3 (CONT'D) FOR THE PREMIUM SCHEDULE

339900912



POLICY NUMBER █████ 2 032 A       INSURED DONNA A BRESLOW

PREMIUM SCHEDULE
PREMIUMS ARE DUE ON DATE OF POLICY AND EVERY
3  MONTH(S) AFTER THAT DATE

|  | PREMIUM AMOUNT | YEARS PAYABLE | CLASSI-FICATION |
|---|---|---|---|
| LIFE INSURANCE | $3,977.72 | 41 | STD |
| TOTAL PREMIUM OF | $3,977.72 | | |

0000 00912  940

**COPY**

## TABLE OF VALUES

APPLICABLE TO A POLICY WITHOUT PAID-UP ADDITIONS, DIVIDEND ACCUMULATIONS OR POLICY LOAN

INSURED     DONNA A BRESLOW

POLICY NUMBER  ████2 032 A

DATE OF POLICY  NOVEMBER 01 2019

INSURED'S AGE -   59

PLAN -   LIFE PAID-UP AT 100

FACE AMOUNT OF INSURANCE IS $     348,000

| VALUE DATE | GUARANTEED CASH VALUE | REDUCED PAID-UP INSURANCE | EXTENDED TERM INSURANCE YEARS | DAYS |
|---|---|---|---|---|
| MAY  1, 2020 | $ 0.00 | $ 0 | 00 | 060 |
| NOV. 1, 2020 | 696.00 | 1,740 | 00 | 079 |
| NOV. 1, 2021 | 1,044.00 | 2,436 | 00 | 107 |
| NOV. 1, 2022 | 10,092.00 | 20,532 | 02 | 156 |
| NOV. 1, 2023 | 19,140.00 | 37,932 | 04 | 011 |
| NOV. 1, 2024 | 28,536.00 | 54,984 | 05 | 138 |
| NOV. 1, 2025 | 37,932.00 | 71,340 | 06 | 179 |
| NOV. 1, 2026 | 46,980.00 | 85,956 | 07 | 116 |
| NOV. 1, 2027 | 56,376.00 | 100,572 | 08 | 001 |
| NOV. 1, 2028 | 66,120.00 | 115,188 | 08 | 209 |
| NOV. 1, 2029 | 75,516.00 | 128,412 | 08 | 354 |
| NOV. 1, 2030 | 85,260.00 | 141,636 | 09 | 103 |
| NOV. 1, 2031 | 95,004.00 | 153,816 | 09 | 180 |
| NOV. 1, 2032 | 104,748.00 | 165,996 | 09 | 225 |
| NOV. 1, 2033 | 114,492.00 | 177,132 | 09 | 248 |
| NOV. 1, 2034 | 124,236.00 | 188,268 | 09 | 253 |
| NOV. 1, 2035 | 133,632.00 | 198,012 | 09 | 233 |
| NOV. 1, 2036 | 143,376.00 | 208,104 | 09 | 211 |
| NOV. 1, 2037 | 152,772.00 | 217,152 | 09 | 168 |
| NOV. 1, 2038 | 162,516.00 | 226,548 | 09 | 125 |
| NOV. 1, 2039 | 171,564.00 | 234,900 | 09 | 059 |
| AT AGE 60 * | 696.00 | 1,740 | 00 | 079 |
| AT AGE 65 * | 37,932.00 | 71,340 | 06 | 179 |

ON REQUEST WE WILL PROVIDE VALUES FOR DATES NOT SHOWN.

GUARANTEED INTEREST RATE - 4% A YEAR

MORTALITY TABLES - COMMISSIONERS 2001 STANDARD ORDINARY COMPOSITE MORTALITY TABLE (80% MALES, 20% FEMALES), AGE NEAREST BIRTHDAY

* VALUE DATE IS    NOVEMBER 01, FOLLOWING INDICATED AGE

4

8-90 (95)

## Understanding This Policy



"You" and "your" refer to the owner of this policy.

"We," "us" and "our" refer to Metropolitan Life Insurance Company.

The "insured" named on page 3 is the person at whose death the insurance proceeds will be payable.

The "Face Amount of Insurance" is shown on page 3.

Policy years and months are measured from the date of policy. For example, if the date of policy is May 5, 1990, the first policy year ends May 4, 1991.

To make this policy clear and easy to read, we have left out many cross-references and conditional statements. Therefore, the provisions of the policy must be read as a whole. For example, our payment of the insurance proceeds (see page 5) depends upon the payment of premiums (see page 7). Otherwise, the provisions for non-payment of premiums will apply (see page 7).

To exercise your rights, you should follow the procedures stated in this policy. If you want to request a payment, change a beneficiary, change an address or request any other action by us, you should do so on the forms prepared for each purpose. You can get these forms from your sales representative or your local Metropolitan office.

## Payment When Insured Dies

When the insured dies, an amount of money, called the insurance proceeds, will be payable to the beneficiary. The insurance proceeds are the total of:

* The Face Amount of Insurance.

### PLUS

* Any insurance on the insured's life which may be provided by riders to this policy.

* Any insurance bought with dividends.

* Any dividends left with us to earn interest.

* Any dividend which we may credit at death.

* Any part of a premium paid for coverage beyond the policy month in which the insured dies.

### MINUS

* Any premium due (not more than one month's part of the premium).

* Any policy loan and loan interest.

We will pay the insurance proceeds to the beneficiary after receipt of proof of death and a proper written claim.

## Payments During Insured's Lifetime

**Dividends**  Every year we determine an amount to be paid to our policyholders as dividends. We will determine the share, if any, for this policy and credit it as a dividend at the end of the policy year. We do not expect that any dividend on this policy will be paid until at least 2 years from its date.

You may choose to use dividends in any one of these ways:

1. *Paid-Up Additions*-- To buy more insurance on the insured's life.

2. *Dividend Accumulations*--To be left with us to earn interest at the rate we set from time to time.

3. *Premium Payment*--To be applied toward the payment of premiums. Any excess will be used to buy Paid-Up Additions.

4. *Cash*--To be paid to you by check.

Your choice may be made on the application for your policy or in writing at a later date. If no choice has been made, we will provide paid-up additions unless you make a different choice within 3 months after a dividend is credited. If a dividend check has not been cashed within one year, a choice of paid-up additions will be deemed to have been made.



## Payments During Insured's Lifetime (Continued)

**Cash Value**

Your policy has a cash value while the insured is alive. The cash value is the total of:

* The guaranteed cash value, as defined below.

PLUS

* The cash value of any insurance bought with dividends.

* Any dividends left with us to earn interest.

* Any part of a premium paid for coverage beyond the policy month in which you surrender this policy.

MINUS

* Any policy loan and loan interest.

There are several ways you can use all or part of the cash value:

1. Take a policy loan from us.

2. Take the cash value of any insurance bought with dividends.

3. Take any dividends left with us to earn interest.

4. Surrender the policy to us for its full cash value.

Or, if you stop paying premiums, the cash value may be used to continue insurance for a limited time or for the insured's lifetime at a reduced amount.

**Guaranteed Cash Value**

If all due premiums have been paid, the guaranteed cash value is as shown in the Table of Values on page 4.

The guaranteed cash value of any paid-up insurance or any extended term insurance is as described under "Computation of Values" on page 8.

**Policy Loan**

You can get cash from us by taking a policy loan. If there is an existing loan you can increase it. The most you can borrow is the cash value at the end of the current policy year less any unpaid premiums for that year and loan interest to the end of that year. A loan may not be taken if extended term insurance is in effect (see page 7).

Loan interest is charged daily at the rate we set from time to time. This rate will never be more than the maximum allowed by law and will not change more often than once a year on the anniversary of the date of policy.

The rate of interest we set for a policy year may not be more than the higher of:

(a) The Published Monthly Average for the calendar month ending 2 months before the start of the policy year; or

(b) The rate we use to compute the guaranteed cash value of this policy for the policy year, plus 1%.

The Published Monthly Average means:

(a) Moody's Corporate Bond Yield Average--Monthly Average Corporates, as published by Moody's Investors Service, Inc. or any successor to that service; or

(b) If that average is no longer published, a substantially similar average, established by regulation issued by the insurance supervisory official of the state in which this policy is delivered.

If the maximum limit for a policy year is at least 1/2% higher than the rate set for the prior policy year, we may increase the rate to no more than that limit. If the maximum limit for a policy year is at least 1/2% lower than the rate set for the prior policy year, we will reduce the rate to at least that limit.

When a loan is made, we will inform you of the initial rate applicable to that loan. We will mail you advance notice if there is to be an increase in the rate applicable to an existing loan.

Loan interest is due at the end of each policy year. Interest not paid within 31 days after it is due will be added to the loan principal. It will be added as of the due date and will bear interest at the same rate as the rest of the loan principal.

**Loan Repayment**

You may repay all or part (but not less than $50) of a policy loan at any time while the insured is alive.



## Payments During Insured's Lifetime (Continued)

**Policy Termination**

Your policy will end whenever the amount of your policy loan plus loan interest is more than the sum of:

1. The guaranteed cash value;

2. The cash value of any insurance bought with dividends; and

3. Any dividends left with us to earn interest.

We will mail notice to you at least 31 days before termination. We will also mail notice to any assignee on our records. You can prevent termination by making sufficient repayment of the loan.

**Deferment**

We may delay paying the cash value for up to 6 months from the date we receive a request for payment. If we delay for 30 days or more, interest will be paid from the date we receive the request at the rate we set from time to time. We also may delay making a policy loan, except for a loan to pay a premium, for up to 6 months from the date you request the loan.

## Premiums

**Premium Payment**

The benefits of your policy depend on the payment of premiums when due. Premiums are payable, while the insured is alive, on or before their due dates as shown in the premium schedule on page 3. Premiums may be paid at our Home Office or any other office we designate or to your sales representative. A receipt signed by our President or Secretary and countersigned by the sales representative will be given for a premium paid to the sales representative.

You may change the frequency of payment with our approval.

You may ask us to pay premiums with a combination of yearly dividends, the cash value of any paid-up additions and/or any dividend accumulations. As long as these values are great enough, out-of-pocket premiums need not be paid to keep your policy in force.

**Grace Period**

After the first premium is paid, there will be a grace period of 31 days after each premium due date to pay the premium. If the insured dies during a grace period, the insurance proceeds will still be payable.

**Automatic Policy Loan**

Each premium which remains unpaid at the end of a grace period will be paid with an automatic policy loan if:

1. You ask us to do so in the application for your policy or in writing while no premium is due and unpaid; and

2. Your policy has enough cash value to pay the premium.

**Non-Payment of Premiums**

If any premium due before the first date shown under "Value Date" in the Table of Values on page 4 is not paid by the end of its grace period, your policy will end as of the due date of that premium. If any premium due on or after that date is not paid by the end of its grace period, the insurance coverage will continue for a limited time as extended term insurance. However, after premiums have been paid at least until the date at which a guaranteed cash value is first shown in the Table of Values on page 4, you may choose either reduced paid-up insurance or cash instead of extended term insurance.

1. *Extended Term Insurance--* The amount of the extended term insurance will be the total of:

   * The Face Amount of Insurance;

        PLUS

   * Any insurance bought with dividends.

   * Any dividends left with us to earn interest;

        MINUS

   * Any policy loan and loan interest.



## Premiums (Continued)

The policy will no longer be eligible for dividends and the policy loan provisions will no longer apply. Benefits provided by any riders will end. At the end of the term, this policy will be void.

2. *Reduced Paid-Up Insurance--* You may choose to continue insurance for the lifetime of the insured but for a reduced amount. This choice may be made at any time within 3 months after the due date of the first unpaid premium.

The policy will continue to be eligible for dividends and the policy loan provisions will continue to apply. Benefits provided by any riders will end.

3. *Cash--* Instead of continuing insurance coverage, you may surrender your policy for its cash value.

**Computation of Values**

The Table of Values on page 4 shows the guaranteed cash values, the amounts of reduced paid-up insurance and the periods of extended term insurance that we would provide. This table does not take into account any insurance bought with dividends, dividends left with us to earn interest, or policy loan and loan interest. Values not shown in the table are computed by the same method as that used for the values shown. The method of computation will be furnished on request.

A period of extended term insurance is measured from the due date of the first unpaid premium. We compute the length of extended term insurance or the amount of reduced paid-up insurance by applying the cash value as a net single premium as of the due date of the first unpaid premium. The insured's age for this purpose is the age on the date of the policy plus the number of years and full months from that date to the due date of the first unpaid premium. Any loans or cash paid to you during the grace period will not be included in the cash value applied.

At any time, the guaranteed cash value of any paid-up insurance or any extended term insurance is equal to the net single premium for such insurance at the insured's then attained age. The guaranteed cash value will not decrease during the first 3 months after the due date of the first unpaid premium. Also, the guaranteed cash value will not decrease for the first 31 days after the end of a policy year.

Guaranteed cash values, insurance benefits and net single premiums are computed on the basis of immediate payment of death claims and refund of premiums beyond the end of the month in which the insured dies. The guaranteed interest rate and mortality tables used are shown on page 4.

We have filed a detailed statement of the method of computation with the insurance supervisory official of the state in which this policy is delivered. The values under this policy are equal to or greater than those required by the law of that state.

**Reinstatement**

If you have stopped paying premiums but have not surrendered your policy for its cash value, you may reinstate the policy while the insured is alive if you:

1. Request reinstatement within 3 years of the due date of the first unpaid premium;

2. Provide evidence of insurability satisfactory to us;

3. Pay all overdue premiums to the date of reinstatement with compound interest at the rate of 6% a year; and

4. Repay any policy loan (plus interest) in effect on the due date of the first unpaid premium, plus any policy loan taken after that. Compound interest to the date of reinstatement will be charged on any unpaid loan at the applicable policy loan interest rate, as would have been charged if all due premiums had been paid.

Any cash value that your policy would have after reinstatement may be taken as a policy loan and used toward the payment required to make reinstatement.

After 3 years from the due date of the first unpaid premium, the policy may be reinstated subject to the conditions we set.



## Ownership and Beneficiary

**Owner**
As owner, you may exercise all rights under your policy while the insured is alive. You may name a contingent owner who would become the owner if you should die before the insured.

**Change of Ownership**
You may name a new owner at any time. If a new owner is named, any earlier choice of a contingent owner, beneficiary, contingent beneficiary or optional income plan will be canceled, unless you specify otherwise.

**Beneficiary**
The beneficiary is the person or persons to whom the insurance proceeds are payable when the insured dies. You may name a contingent beneficiary to become the beneficiary if all the beneficiaries die while the insured is alive. If no beneficiary or contingent beneficiary is named, or if none is alive when the insured dies, the owner (or the owner's estate) will be the beneficiary. While the insured is alive, the owner may change any beneficiary or contingent beneficiary.

If more than one beneficiary is alive when the insured dies, we will pay them in equal shares, unless you have chosen otherwise.

**How to Change the Owner or the Beneficiary**
You may change the owner, contingent owner, beneficiary or contingent beneficiary of this policy by written notice or assignment of the policy. No change is binding on us until it is recorded at our Home or a Head Office. Once recorded, the change binds us as of the date you signed it. The change will not apply to any payment made by us before we recorded your request. We may require that you send us this policy to make the change.

**Collateral Assignment**
Your policy may be assigned as collateral. All rights under the policy will be transferred to the extent of the assignee's interest. We are not bound by any assignment unless it is in writing and is recorded at our Home or Head Office. We are not responsible for the validity of any assignment.

## General Provisions

**The Contract**
This policy includes any riders and, with the application attached when the policy is issued, makes up the entire contract. All statements in the application will be representations and not warranties. No statement will be used to contest the policy unless it appears in the application.

**Limitation on Sales Representative's Authority**
No sales representative or other person except our President, Secretary, or a Vice-President may (a) make or change any contract of insurance; or (b) change or waive any of the terms of this policy. Any change must be in writing and signed by our President, Secretary, or a Vice-President.

**▬▬▬▬▬▬**
We will not contest the validity of your policy after it has been in force during the insured's lifetime for 2 years from the date of policy, except for nonpayment of premiums.

**Interest Rate**
Where this policy provides that interest on payments we make will be at a rate we set, that rate will never be less than 3% a year.

**Age and Sex**
If the insured's age or sex on the date of policy is not correct as shown on page 3, we will adjust the benefits under this policy. The adjusted benefits will be those which the premium paid would have bought at the correct age and sex.

## Exclusion

**Suicide**
The insurance proceeds will not be paid if the insured commits suicide, while sane or insane, within 2 years from the date of policy. Instead, we will pay the beneficiary an amount equal to all premiums paid, without interest, less any loan and loan interest.



## Methods of Payment

Unless otherwise requested, we may pay the insurance proceeds when the insured dies, or the cash value on surrender of the policy in one sum or by placing the amount in an account that earns interest. The payee will have immediate access to all or any part of the account.

If requested, we will apply the amount under one or more of the following payment plans.

**Option 1.**  *Interest Income--* The amount applied will earn interest which will be paid monthly. Withdrawals of at least $500 each may be made at any time by written request.

**Option 2.**  *Instalment Income for a Stated Period--* Monthly instalment payments will be made so that the amount applied, with interest, will be paid over the period chosen (from 1 to 30 years).

**Option 2A.**  *Instalment Income of a Stated Amount--* Monthly instalment payments of a chosen amount will be made until the entire amount applied, with interest, is paid.

**Option 3.**  *Single Life Income--Guaranteed Payment Period--* Monthly payments will be made during the lifetime of the payee with a chosen guaranteed payment period of 10, 15 or 20 years.

**Option 3A.**  *Single Life Income--Guaranteed Return--* Monthly payments will be made during the lifetime of the payee. If the payee dies before the total amount applied under this plan has been paid, the remainder will be paid in one sum as a death benefit.

**Option 4.**  *Joint and Survivor Life Income--* Monthly payments will be made jointly to two persons during their lifetime and will continue during the remaining lifetime of the survivor. A total payment period of 10 years is guaranteed.

**Other Frequencies and Plans**  Instead of monthly payments, you may choose to have payments made quarterly, semiannually or annually. Other payment plans may be arranged with us.

**Choice of Payment Plans**  A choice of payment plan for insurance proceeds made by you in writing and recorded by us while the insured is alive will take effect when the insured dies. All other choices of payment plans will take effect when recorded by us or later, if requested. When a payment plan starts, we will issue a contract which will describe the terms of the plan. We may require that you send us this policy. We may also require proof of the payee's age.

Payment plans may be chosen:

1. By you during the lifetime of the insured.

2. By the beneficiary within one year after the date the insured died and before any payment has been made, if no choice was in effect on the date of death.

A choice of payment plan will not take effect unless each payment under the plan would be at least $50.

**Limitations**  If the payee is not a natural person, the choice of a plan will be subject to our approval. An assignment for a loan will modify a prior choice of payment plan. The amount due the assignee will be payable in one sum and the balance will be applied under the payment plan.

Payments may not be assigned and, to the extent permitted by law, will not be subject to the claims of creditors.

**Payment Plan Rates**  Amounts applied under the interest income and instalment payment plans will earn interest at a rate we set from time to time.

Life income plan payments will be based on a rate set by us and in effect on the date the insurance proceeds or cash value becomes payable.



## Methods of Payment (Continued)

**Minimum Payments under Payment Plans**– Monthly payments under Options 2, 3, 3A and 4 for each $1,000 applied will not be less than the amounts shown in the following Tables.

| Option 2. | Instalment Income for a Stated Period | | | | |
|---|---|---|---|---|---|
| | Monthly Payments for each $1,000 Applied | | | | |
| Years Chosen | Minimum Amount of Each Monthly Payment | Years Chosen | Minimum Amount of Each Monthly Payment | Years Chosen | Minimum Amount of Each Monthly Payment |
| 1 | $84.47 | 11 | $8.86 | 21 | $5.32 |
| 2 | 42.86 | 12 | 8.24 | 22 | 5.15 |
| 3 | 28.99 | 13 | 7.71 | 23 | 4.99 |
| 4 | 22.06 | 14 | 7.26 | 24 | 4.84 |
| 5 | 17.91 | 15 | 6.87 | 25 | 4.71 |
| 6 | 15.14 | 16 | 6.53 | 26 | 4.59 |
| 7 | 13.16 | 17 | 6.23 | 27 | 4.47 |
| 8 | 11.68 | 18 | 5.96 | 28 | 4.37 |
| 9 | 10.53 | 19 | 5.73 | 29 | 4.27 |
| 10 | 9.61 | 20 | 5.51 | 30 | 4.18 |

To determine the minimum amount for quarterly payment, multiply the above monthly payment by 2.99; for semiannual by 5.96; and for annual by 11.84.

| Option 3. | Single Life Income-- Guaranteed Payment Period | | | | | | Option 3A. |
|---|---|---|---|---|---|---|---|
| | Minimum Amount of each Monthly Payment for each $1,000 Applied | | | | | | Single Life Income-- Guaranteed Return |
| Payee's Age | Guaranteed Payment Period | | | | | | Minimum Amount of each Monthly Payment for each $1,000 Applied |
| | 10 years | | 15 years | | 20 years | | |
| | Male | Female | Male | Female | Male | Female | Male / Female |
| 50 | $4.29 | $3.94 | $4.23 | $3.91 | $4.15 | $3.86 | $4.11 / $3.82 |
| 55 | 4.72 | 4.29 | 4.62 | 4.23 | 4.47 | 4.15 | 4.47 / 4.11 |
| 60 | 5.29 | 4.73 | 5.09 | 4.62 | 4.79 | 4.47 | 4.92 / 4.47 |
| 65 | 6.02 | 5.29 | 5.60 | 5.09 | 5.09 | 4.81 | 5.48 / 4.93 |
| 70 | 6.86 | 6.02 | 6.08 | 5.63 | 5.31 | 5.13 | 6.18 / 5.53 |
| 75 | 7.71 | 6.92 | 6.46 | 6.16 | 5.44 | 5.36 | 7.05 / 6.32 |
| 80 | 8.48 | 7.89 | 6.70 | 6.55 | 5.49 | 5.47 | 8.15 / 7.36 |
| 85 and over | 9.07 | 8.74 | 6.82 | 6.77 | 5.51 | 5.50 | 9.54 / 8.70 |

| Option 4. | Joint and Survivor Life Income-- Guaranteed Period of 10 years | | |
|---|---|---|---|
| | Minimum Amount of Each Monthly Payment for each $1,000 Applied | | |
| Age of Both Payees | One Male and One Female | Two Males | Two Females |
| 50 | $3.64 | $3.79 | $3.54 |
| 55 | 3.93 | 4.11 | 3.80 |
| 60 | 4.30 | 4.55 | 4.13 |
| 65 | 4.80 | 5.13 | 4.57 |
| 70 | 5.47 | 5.90 | 5.17 |
| 75 | 6.33 | 6.80 | 6.00 |

On request, we will provide additional information about amounts of minimum payments.

COPY

Name of Insured/Annuitant/Applicant
DONNA A BRESLOW
Agency
250
District/Branch
07H

Application Number:

Date of this Form
12/09/2019
Policy/Contract Number
████2032

Application Amendment

**MetLife**

To  [X] Metropolitan Life Insurance Company
    [ ] Metropolitan Insurance and Annuity Company
    [ ] Security First Life Insurance Company

I amend the application referred to above, as follows:
The Face Amount is amended to $348,000.

**This application amendment** is part of the application referred to above and is subject to the agreements in that application.   The application and this amendment are part of the policy/contract to which they are attached.  To the best of my knowledge and belief, the statements and answers in the application as amended by this form are true and complete as of the date this form is signed. There are no facts or circumstances which would require a change in the answers in the application, except as shown above.

| WITNESS (Licensed Resident Agent) | Place | Mo. Day Yr. | Signature |
|---|---|---|---|
| Witness to Signature (A) | | | (A) Insured/Annuitant/Applicant |
| Witness to Signature (B) | | | (B) Spouse (if Spouse signed application) |
| Witness to Signature in (C) or (D) | | | (C) Owner (if other than (A) above) |

If Owner is a firm, corporation or trust, enter full name on (D)    _____
line (C) and have one or more partners, officers or trustees
sign on line (D), and give their titles.                            _____

Return signed forms to :

NB PROCESSING CENTER - COMPLIANCE UNIT

0843-82-A PA (8-98)                                                                    CAAHVP



**Metropolitan Life Insurance Company**

## ENDORSEMENT

This endorsement is part of the policy to which it is attached.  It amends the policy as follows:

1.  "A Mutual Company Incorporated in New York State" under the Company title on the first page is changed to "A Stock Company Incorporated in New York State".

2.  The **Voting for Directors** provision on the last page and all references to voting rights are deleted.

*Secretary*

R.S. 1257

CAAB13



## PENNSYLVANIA AFFILIATES AGREEMENT ENDORSEMENT

☐ Metropolitan Life Insurance Company
☐ Metropolitan Tower Life Insurance Company

The Company indicated above is referred to as "the Company".

If your Policy provides for a Date of Policy/Policy Date only, this Endorsement is a part of the policy as of the: Date of Policy; or Policy Date.

If your Policy provides for a Date of Policy/Policy Date and/or a Date of Issue/Issue Date, this Endorsement is a part of the policy as of the: Date of Issue; or Issue Date.

This Endorsement is subject to all applicable terms and provisions except as modified herein.

Each of the undersigned affiliated companies agrees, in accordance with the provisions of the Policy, to make its products, which are offered at the time the option to obtain a new policy is exercised, available to policyholders of the Company which issued this Policy.

The new policy will be issued by the Company, if the other undersigned affiliated companies are not in business at the time the option is exercised.

**Metropolitan Life Insurance Company**                    **Metropolitan Tower Life Insurance Company**

President                    Secretary                    President                    Secretary

E-E41-16-PA



**MetLife**

Policy Number _____

## Application for Life Insurance

**Company** (Check the appropriate ONE.)  ☐ Metropolitan Life Insurance Company   ☐ Metropolitan Tower Life Insurance Company

The Company indicated in this section is referred to as "**the Company**".

### SECTION I - About the Proposed Insured

For Additional Insureds please complete the **Additional Insureds Supplement** form.

| First Name | Middle Name | Last Name |
|---|---|---|
| Donna | A | Breslow |

| Permanent Address | City | State | Zip |
|---|---|---|---|
| 112 Windsor Ave | Elkins Park | PA | 19027 |

| Country of Legal Residence | Date of Birth | E-Mail Address |
|---|---|---|
| USA | ▮/1961 | Jordanbreslow93@gmail.com |

| Primary Phone Number | Alternate Phone Number | Preferred Time to Call | From ☐AM ☐PM | To ☐AM ☐PM | Sex ☐Male ☒Female |
|---|---|---|---|---|---|
| 215-206-356▮ | | | | | |

| Place of Birth | Social Security or Tax ID Number | Earned Annual Income | Net Worth |
|---|---|---|---|
| PA | | | |

☒U.S. Driver's License   If not licensed, please indicate other form of ID: ☐Passport ☐Government Issued Photo ID

| Issuer of ID | ID Number | Issue Date (if any) | Expiration Date (if any) |
|---|---|---|---|
| PA | | | |

| Name of Employer | Employer City | State | ZIP | Position/Duties |
|---|---|---|---|---|
| Retired | | | | |

**NON U.S. CITIZENS ONLY** - Country of Citizenship          Green Card/Visa Type          Expiration Date

Country of Permanent Residence          ID Number          Years in the U.S.

### SECTION II - About the Owner   ⚠ Complete ONLY if the Owner is NOT the Proposed Insured.

☐ **OWNER - TRUST / BUSINESS ENTITY** - Name of Entity          Tax ID Number          Trustee / Owner State

☐Trust  ☐Business Entity  ☐Charity  ☐Qualified Pension Plan   📄 Complete the appropriate **required** form(s).

☐ **OWNER - OTHER INDIVIDUAL**

| First Name | Middle Name | Last Name |
|---|---|---|
| | | |

| Permanent Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Country of Legal Residence | Citizenship | Social Security or Tax ID Number | Date of Birth | Phone Number |
|---|---|---|---|---|
| | | | | |

| E-Mail Address | Earned Annual Income | Net Worth | Relationship to Proposed Insured |
|---|---|---|---|
| | | | |

Please indicate form of ID: ☐U.S. Driver's License  ☐Passport  ☐Government Issued Photo ID

| Issuer of ID | ID Number | Issue Date (if any) | Expiration Date (if any) |
|---|---|---|---|
| | | | |

☐Check if ownership should revert to Insured upon Owner and Contingent Owner's deaths.



## SECTION III - About the Beneficiary / Beneficiaries
For additional Beneficiaries, use Section IX - Additional Information.

☐ Check here if the Owner is the Primary Beneficiary.
For Primary or Contingent Beneficiaries who are NOT the Owner, complete the table below.

| Beneficiary Type | Name (First, Middle, Last) | Date of Birth | Relationship to Proposed Insured | Social Security Number (Optional) | Percentage of Proceeds (if not equal) |
|---|---|---|---|---|---|
| Primary | Jordan T. Breslow | ▮▮1793 | Son | | 100 |
| ☐ Primary ☐ Contingent | | | | | |
| ☐ Primary ☐ Contingent | | | | | |

☐ Check here to include all living and future natural or adopted children of the Proposed Insured as Contingent Beneficiaries. (Name all living children above.)

📖 If a Custodian is acting on behalf of a minor Beneficiary listed above, please use **Co-Owner/Contingent Owner and UTMA Designations Supplement** form.

⚠ Federal law states that if someone with special needs has assets over $2,000, they may lose eligibility for government benefits.

## SECTION IV - About Proposed Coverage
Check the desired coverage(s).

| ☐ Adjustable Life | ☐ Variable Life 📖 | ☒ Whole Life | ☐ Term Life |
|---|---|---|---|
| Product Name _____ | Product Name **Life Paid-Up at Age 100** | | Product Name _____ |
| Face Amount* _____ | Face Amount* **$70,000** | | Face Amount* _____ |
| Riders and Details _____ | Riders and Details _____ | | Riders and Details _____ |
| ☐ Coverage Continuation (UL only) Disability Waiver: ☐ Specified Premium ☐ Monthly Deduction (VUL only) Death Benefit Option _____ Definition of Life Insurance: ☐ Guideline Premium Test ☐ Cash Value Accumulation Test | ☐ Disability Waiver Dividend Options: ☒ Paid-Up Additions ☐ Other, please specify: _____ ☒ Automatic Premium Loan Requested | | Disability Waiver: ☐ Convertible   ☐ Non-Convertible |

Planned Premium
Year 1  _____
Years 2 to  _____
Years _____ to _____ (UL only)

ⓘ For a full list of riders and options, please consult with your Producer.
**Note:** Some riders may require supplement forms to be completed.

📖 For Variable Life products, please complete the **Variable Life Supplement** form.

* If Face Amount is equal to or exceeds $1,000,000, please complete the **Personal Financial Information** form.

**ADDITIONAL OPTIONS**
One Time (Single) Payment Amount _____   1035 Exchange Amount _____   Requested Policy Date _____   ☐ Save Age

**POLICY OPTIONS**
☐ Alternate Policy: Product, Face Amount and Details _____
☐ Additional Policy: Product, Face Amount and Details _____
☒ Group Conversion Only
☐ Group Conversion Alternative
} 📖 Please complete the **Group Conversion Supplement** form for either choice.

ENB-7-16-PA   1▮1▮2▮07▮4▮10076▮7▮2▮14▮Y   MET (04/18) ef

*COPY*

## SECTION V - About Existing or Applied for Insurance

Does the Proposed Insured or Owner have any existing or applied for life insurance or annuities with this or any other company?

Proposed Insured ☐Yes ☒No
Owner ☐Yes ☒No

If **YES**, please provide details of any existing or applied for **Life Insurance on the Proposed Insured** only.

| Company | Amount of Insurance | Year of Issue | Status |
|---|---|---|---|
| | | | ☐Existing ☐Applied For |
| | | | ☐Existing ☐Applied For |
| | | | ☐Existing ☐Applied For |
| | | | ☐Existing ☐Applied For |

In connection with this application, has there been, or will there be with this or any other company any: surrender transaction; loan; withdrawal; lapse; reduction or redirection of premium/consideration; or change transaction (except conversions) involving an annuity or other life insurance?   ☐Yes ☒No

If **YES**, complete **Replacement Questionnaire** AND any other state required replacement forms or 1035 exchange forms.

If **Proposed Insured is financially dependent on another individual, indicate individual providing support:**

☐Spouse  ☐Child  ☐Parent  ☐Other
Amount of insurance on individual providing support.   Existing Insurance _____   Insurance Applied For _____
If Proposed Insured is a minor, are all siblings equally insured?   ☐Yes  ☐No
If **NO**, please provide details: _____

## SECTION VI - About Payment Information

**PREMIUM PAYOR**
☒Proposed Insured   ☐Owner (If NOT the Proposed Insured.)   ☐Other (Complete the box below.)

| Other Premium Payor Name | Social Security or Tax ID Number | Relationship to Proposed Insured or Owner |
|---|---|---|
| Reason this Person is the Payor | | |
| Permanent Address | City | State    Zip |

**PAYMENT MODE**
(Check the appropriate ONE.)

Billing Mode:  ☐Annual   ☐Semi-Annual   ☒Quarterly
☒Monthly Draft per Debit Authorization (See next page.)
☐Monthly   Draft per Existing Electronic Payment Number

Special Account:  ☐Government Allotment   ☐Salary Deduction   ☐List Bill
If Special Account, provide Employer Group Number (EGN) or List Bill Number _____

**INITIAL PAYMENT**
Amount Collected with Application _____

Method of Collection:
☒Initial Premium by Electronic Funds Transfer (Must be at least a monthly amount.)
☐Check (Must be at least 1/12 of an annual premium.)

**SOURCE OF CURRENT AND FUTURE PAYMENTS** (Check **ALL** that apply.)
☒Earned Income   ☐Mutual Fund/Brokerage Account   ☐Money Market Fund   ☐Savings   ☐Loans
☐Certificate of Deposit   ☐Use of Values in another Life Insurance/Annuity Contract   ☐Other

COPY

## DEBIT AUTHORIZATION  ⚠ **Available only if the bank account holder is the Owner and/or Proposed Insured.**

📄 All others please complete the **Electronic Payment (EP) Account Agreement** form.

The undersigned ("I") hereby authorize the Company with whom I am completing this application to initiate debit entries through Metropolitan Life Insurance Company to the deposit account designated below, at the Financial Institution named below, using the Automated Clearing House. I authorize:

1. Monthly recurring debits; AND
2. Debits made from time to time, as I authorize.

This authorization is to remain in full force and effect until the Company has received written notification from me of its termination at such time and in such manner as to afford the Company and the Financial Institution a reasonable opportunity to act on it.

Monthly Debit Date: ☐ Issue Date of the Policy

☐ Debit Date on the _____ of each month

Bank Account Type: ☐ Checking   ☐ Savings

Bank Routing Number _____   Bank Account Number _____

Name of Financial Institution _____

BANK ROUTING NUMBER      BANK ACCOUNT NUMBER

ⓘ Note: Please attach a voided check or deposit slip to Section IX - Additional Information.
We cannot establish banking services from starter checks, cash management, brokerage, or mutual fund checks. We cannot establish banking services from foreign banks UNLESS the check is being paid in U.S. Dollars through a U.S. correspondent bank (the U.S. correspondent bank name must be on the check).

### SECTION VII - General Risk Questions    Use Section IX - Additional Information if necessary.

1. Within the past three years has the Proposed Insured flown in a plane other than as a passenger on a commercial airline or does he or she have plans for such activity within the next year?   ☐ Yes  ☐ No

   📄 If **YES**, please complete a separate **Aviation Risk Supplement** form for the Proposed Insured.

2. Within the past three years has the Proposed Insured participated in or does he or she plan to participate in **any** of the following?   ☐ Yes  ☐ No
   - Underwater sports - SCUBA diving, hard hat, skin diving, snorkeling or cave diving
   - Racing sports - motorcycle, auto or motor boat
   - Sky sports - skydiving, hang gliding, parachuting, ballooning, ultra lights, para sailing or para skiing
   - Rock ice or mouain climbing
   - Bungee jumping

   📄 If **YES**, please complete a separate **Avocation Risk Supplement** form for the Proposed Insured.

3. Has the Proposed Insured **traveled** or resided outside the U.S. or Canada within the **past two years**; or does he or she plan to **travel** or **reside** outside the U.S or Canada within the **next two years**?   ☐ Yes  ☐ No
   If **YES**, please provide details.

| Past | Future | Duration (weeks) | Cities and Countries | Purpose |
|------|--------|------------------|----------------------|---------|
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

4. Has the Proposed Insured **EVER** used tobacco or nicotine products in any form (e.g., cigars cigarettes, cigarillos, pipes, chewing tobacco, nicotine patches, or nicotine gum)? If **YES**, please provide details.   ☐ Yes  ☐ No

| Product(s) | Frequency / Amount | Date Last Used |
|------------|--------------------|----------------|
| | | |

ENB-7-16-PA                     1%1%2%07%4%10076%7%4%14%-                     MET (04/18)  eF

COPY

5. Has the Proposed Insured **EVER** had a driver's license suspended or revoked, been convicted of DUI or DWI, or in the last five years had any moving violations?  If **YES,** please provide date(s) and violation(s).  ☐Yes   ☐No

6. Has the Proposed Insured **EVER** had an application for life, disability income or health insurance declined, postponed, rated or modified or required an extra premium? If **YES,** please provide details.  ☐Yes   ☐No

7. In the past 10 years, has the Proposed Insured been convicted of or pled Guilty or No Contest to a felony?  ☐Yes   ☐No
If **YES,** list type of felony, state, and date of occurrence. _____

8. Is the Proposed Insured actively at work performing the usual duties of his or her occupation?  ☐Yes   ☐No
If **NO,** please provide details.  _____

## SECTION VIII - Personal Physician

☐Check here if Proposed Insured does not have a personal physician.
Physician Name _____   Name of Practice or Clinic _____

Street Address _____   City _____   State ____   Zip ____

Phone Number _____   Date Last Consulted _____   Reason _____   Findings/Treatment Given/Medication Prescribed _____

## SECTION IX - Additional Information     If more space is needed, attach additional sheet(s).

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____



## Certification / Agreement / Disclosure

Was a sales illustration provided for the life insurance policy as applied for?  ☒Yes ☐No
A. If **Yes**, please choose one of the following:

☒An illustration was signed and **matches the policy applied for**. It is included with this application.

☐An illustration was shown or provided but is **different from the policy applied for**. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery.

☐The sale was made using an illustration with Accelerated Payment.

☐If illustration was **only shown on a computer screen**, check and complete the details in the box below.

An illustration was displayed on a computer screen. The displayed illustration **matches the policy applied for** but no printed copy of the illustration was provided. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery. The illustration on the screen included the following personal and policy information:

| | |
|---|---|
| 1. Gender (as illustrated) | ☐Male ☐Female ☐Unisex |
| 2. Age _____ | |
| 3. Rating Class (e.g. Standard Non-smoker) _____ | ☐Non-smoker ☐Smoker |
| 4. Product Name (e.g. GAUL) _____ | |
| 5. Face Amount _____ | |
| 6. Dividend Option (Whole Life only) _____ | |

B. If **No**, please choose one of the following:

☐Producer certifies that a signed illustration is **not required** by law or the policy applied for is not illustrated in this state.

☐**No illustration conforming to the policy** as applied for was shown or provided prior to or at the time of this application. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery.

### Agreement / Disclosure

I have read this application for life insurance including any amendments and supplements and to the best of my knowledge and belief, all statements are true and complete. I also agree that:

■ My statements in this application and any amendment(s), paramedical/medical exam and supplement(s) are the basis of any policy issued.

■ This application and any amendment(s), paramedical/medical exam, and supplement(s) to this application will be attached to and become part of the new policy.

■ No information will be deemed to have been given to the Company unless it is stated in this application, paramedical/medical exam, amendment(s), or any supplement(s).

■ Only the Company's President, Vice-President or Secretary may: (a) make or change any contract of insurance; (b) make a binding promise about insurance; or (c) change or waive any term of an application, receipt, or policy.

■ **Except as stated in the Temporary Insurance Agreement and Receipt, no insurance will take effect until a policy is delivered to the Owner and the full first premium due is paid. It will only take effect at the time it is delivered if: (a) the condition of health of each person to be insured is the same as stated in the application; and (b) no person to be insured has received any medical advice or treatment from a medical practitioner since the date of the application.**

■ If I have requested a rider that provides an acceleration of death benefit, I have received the appropriate disclosure form.

■ I understand that paying my insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.

■ **If I intend to replace existing insurance or annuities, I have so indicated in the appropriate section of the application.**

■ **I have received the Company's Privacy Notice and the Life Insurance Buyer's Guide.**

■ **If I was required to sign a Notice and Consent for HIV Testing, I have received a copy of that Notice.**

COPY

## Fraud Warnings

Any person who knowingly and with the intent to defraud any insurance company or any other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act which is a crime and subjects such person to criminal and civil penalties.

## Taxpayer Identification Number Certification

Under penalties of perjury, I, the Owner, certify that:
■ The number shown in this application is my correct taxpayer identification number, and I am not subject to backup withholding because:
  (a) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends; or
  (b) the IRS has notified me that I am not subject to backup withholding.
      (If you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return, you must cross out and initial this item.)
■ I am a U.S. citizen or a U.S. resident alien for tax purposes.
   (If you are not a U.S. citizen or a U.S. resident alien for tax purposes, please cross out this certification and complete form W-8BEN).

   ① **Please note:** The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

## Signatures    If not witnessing all signatures, witness should initial next to signature being witnessed and sign below.

| Signature(s) of all Proposed Insured(s) | Date 5/30/2019 | Signed at City, State Philadelphia, Pa. |
|---|---|---|
| ▶ | | |
| ▶ | | |

(age 18 or over)
📄 Please complete the **Additional Insureds Supplement** or **Child Rider Supplement** form(s) if applicable.

| Signature(s) of all Owner(s) (If **NOT** the Proposed Insured.) | Date | Signed at City, State |
|---|---|---|
| ▶ | | |
| ▶ | | |

(age 18 or over)
① If the Owner is a firm or corporation, include Officer's title with signature.
📄 If Co-Owner or Custodian, please complete the **Co-Owner/Contingent Owner and UTMA Designations Supplement** form.

| Signature of Parent or Guardian | Date | Signed at City, State |
|---|---|---|
| ▶ | | |

(If Owner or Proposed Insured is under 18, sign here.  If not sign above.)

Witness to Signatures
Licensed Producer

▶

Print Name of Producer
**Anthony Maiuolo**

ENB-7-16-PA

1813290738100763478146

MET (04/18)  eF

*COPY*

## MetLife®

**Group Conversion Supplement**

## Metropolitan Life Insurance Company

**This supplement will be attached to and become part of the application with which it is used.**

| Proposed Insured - First Name | Middle Name | Last Name |
|---|---|---|
| Donna | A | Breslow |

### SECTION I - Group Policy Details

Group Policy Type:  [X] Corporate Group  [ ] Servicemember's/Veteran's  [ ] Federal Employees Group

| Group Policy Number | Certificate, Serial, SGLI/VGLI/FEGLI Number (if applicable) | Separation Date |
|---|---|---|
| | | |

Was the Proposed Insured totally disabled on the date of the separation from employment?   [ ] Yes  [X] No

Was inquiry or request for conversion made prior to the date this Application for Life Insurance ("Application") was completed?   [ ] Yes  [X] No

If **YES**, indicate the date the inquiry or request was made. _____

### SECTION II - Group Conversion Only

[X] Group Conversion Only

- Complete the entire Application for the Proposed Insured only.
- Complete the Certification / Agreement / Disclosure page and include the appropriate signatures.
- The Employer's Group Conversion Notice must be submitted with the Application.

### SECTION III - New Business Policy

[ ] New Business Policy with Group Conversion as an alternative

- Complete the entire Application.
- Provide coverage details in Section IV of the Application.
- Complete the Certification / Agreement / Disclosure page and include the appropriate signatures.

Any person who knowingly and with intent to defraud any insurance company or any other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act which is a crime and subjects such person to criminal and civil penalties.

The above answers are true and complete to the best of my knowledge and belief.

| Signature of Proposed Insured | Signed at City, State | Date |
|---|---|---|
| ► | Philadelphia Pa | 5/30/2014 |

| Signature of Owner | Signed at City, State | Date |
|---|---|---|
| ► | | |

MGC-33-07-PA

1%1%2%07%4%10178%7%1%14%-

**1 of 1**

(07/07)  eF



## Notice

When you write to us, please give us your name, address and policy number. Please notify us promptly of any changes. We will write to you at your last known address.

Checks, drafts or money orders may be drawn to the order of Metropolitan Life (or "MetLife"). They are received subject to the condition that they may be handled for collection in accordance with the practice of the collecting bank or banks. If we do not receive the full amount of any check, draft or money order, it will not constitute payment. All payments are to be made in U.S. currency.

**Voting for Directors**

Our Board of Directors is elected by the policyholders. For details on how to vote, write to our Secretary.

Metropolitan Life Insurance Company
200 Park Avenue
New York, New York 10166

Countersigned and Delivered _____ By _____

## Table of Contents

| | Page | | Page | | Page |
|---|---|---|---|---|---|
| **Policy Specifications** | 3 | **Premiums** | 7 | **General Provisions** | 9 |
| | | Premium Payment | 7 | The Contract | 9 |
| **Table of Values** | 4 | Grace Period | 7 | Limitation on Sales |  |
| | | Automatic Policy Loan | 7 | Representative's Authority | 9 |
| **Understanding This Policy** | 5 | Non-Payment of Premiums | 7 | Incontestability | 9 |
| | | Computation of Values | 8 | Interest Rate | 9 |
| **Payment When Insured Dies** | 5 | Reinstatement | 8 | Age and Sex | 9 |
| | | | | | |
| **Payment During Insured's** | | | | **Exclusion** | 9 |
| **Lifetime** | 5 | | | Suicide | 9 |
| Dividends | 5 | **Ownership and Beneficiary** | 9 | | |
| Cash Value | 6 | Owner | 9 | **Methods of Payment** | 11 |
| Guaranteed Cash Value | 6 | Change of Ownership | 9 | Choice of Payment Plans | 11 |
| Policy Loan | 6 | Beneficiary | 9 | Limitations | 11 |
| Loan Repayment | 6 | How to Change the Owner | | Payment Plan Rates | 11 |
| Policy Termination | 7 | or the Beneficiary | 9 | Minimum Payments under | |
| Deferment | 7 | Collateral Assignment | 9 | Payment Plans | 12 |

We have intentionally left pages 2 and 10 blank.

Any riders for additional benefits follow page 12.

## Life Paid-Up At 100 Policy

Life insurance payable when the insured dies.

Premiums payable for a stated period.

Annual Dividends

Ex B

4pss

**MetLife**

# Product Detail Report

Account#: ███2032  A as of: 04/23/2020

*Created For:*

**Donna Breslow**

*Created On:*

**04/23/2020**

This document is incomplete without the Disclaimers Page.

2020-14359-0000   9/2/2020 12:14 PM  # 12844724
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit B (Public)
MontCo Prothonotary

Client Name:Donna Breslow

This document is incomplete without the Disclaimers Page.

Account Number: ▒2032 A

04/23/2020

| Policy Number | Policy Suffix | Policy Information | Issue Date: | Status: | Amount of Insurance: |
|---|---|---|---|---|---|
| ▒2032 | A | Whole Life | 11/01/2019 | Unplaced | $348,000.00 |
| | | | | Issue/Prem Pay | $348,000.00 |

## Financial Details

**Death Benefit Amount:** $348,000.00

**Death Benefit As Of Date:** 11/01/2019

**Loan Value:** Paid Up Addt'l Ins

**Last Dividend Credited Amount:** $0.00

**Last Dividend Credited Year:** N/A

## Dividends

Additional Insurance (A) Balance:

## Financial Information

**Scheduled Premium Amount:** $3,977.72 Due 11/01/2019

**Next Premium Due Date:** 11/01/2019

**Gross Billed Premium:** N/A

**Premium Base & non-PUAR Rider:** $3,977.72

**Total Premium:** $3,977.72

**Premium Paid to Date:** 11/01/2019

Paying the insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.

## Billing and Payment Summary

Premium Frequency:        Quarterly

## Contact Us

For Customer Support, call 1-800-638-5000

For help with policy changes and other policy servicing questions, contact your financial services representative.

**Name:** ANTHONY L MAIUOLO

**Title:** BROKER

**Representative Number:** 07H-256-1

**Office Phone Number:** (999)-999-9999

**Office Name:** CRUMP LIFE INSURAN

**Office Address:** 4135 NORTH FRONT ST. HARRISBURG PA
17110

© 2019 MetLife Services and Solutions, LLC1

Page 2 of 4

Client Name:Donna Breslow

This document is incomplete without the Disclaimers Page.

Account Number: ████2032 A

# General Information

## Owner Information

| | |
|---|---|
| Owner Name: | DONNA A BRESLOW |
| Social Security Number: | |
| Phone Number: | (215) 206-356- |
| | Date of Birth: | 1961 |
| | Address: | 314 S HENDERSON RD UNIT G KING OF PRUSSIA, PA 19406 |

## Insured Information

| | |
|---|---|
| Insured Name: | DONNA A BRESLOW |
| Social Security Number: | |
| Address: | 314 S HENDERSON RD UNIT G KING OF PRUSSIA, PA 19406 |
| | Date of Birth: | 1961 |
| | Risk Classification: | |

## Beneficiary Information

### Primary Beneficiary Information

| Primary Beneficiary | Percentage | Irrevocable Beneficiary | Social Security Number | Date of Birth: |
|---|---|---|---|---|
| JORDAN I BRESLOW | 0 | This beneficiary is not irrevocable. | N/A | 1993 |

04/23/2020

© 2019 MetLife Services and Solutions, LLC1

Page 3 of 4

Client Name: Donna Breslow

This document is incomplete without the Disclaimers Page.

Account Number: ▮2032 A

# Disclaimers

**Important Information**

Paying the insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.

Disclaimers

The account balances, values and transaction details presented here are derived from our contract administrative system; they are not a legal statement of your account. Please refer to your confirmations and account statements as records of your account. Investments will fluctuate with changes in the securities markets and, therefore, may be worth more or less when redeemed.

MetLife's life insurance products are issued by Metropolitan Life Insurance Company or its affiliated insurance companies; variable life insurance products are distributed by MetLife Investors Distribution Company.

This report is provided for general informational purposes only, and the values contained in this report are simply intended as a general guide. Values are presented as available on the date of the report. The contents of this report should not be relied upon to compute taxes, for lending, or for legal purposes. Please use the individual statements you receive directly from the financial institutions to verify the activity and value of your accounts, and consult a qualified investment, tax or legal professional for advice.

© 2019 MetLife Services and Solutions, LLC1

© 2019 MetLife Services and Solutions, LLC1



**NEW YORK** STATE OF OPPORTUNITY. | **Department of Financial Services**

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

Donna Breslou
314 S. Henderson Road Unit 6103
King Of Prussia, PA 19406

March 17, 2020

**RE:**   Dept. File #: CSB-2020-01348018
        Your Complaint Against: Metropolitan Life Insurance Company

Dear Sir/Madam:

This letter refers to the complaint you filed with this Department.

In order to investigate your complaint, we require the following additional information:

_____ A detailed explanation of your complaint.

_____ The name of the licensed insurance company
that underwrites the policy.

_____ Member ID number.

_____ The name of the patient.

_____ Policy/claim number.

_X___ OTHER: Please provide the state the policy was signed in.

Since we cannot begin our investigation until we receive the above requested information, please provide your response as soon as possible.

**PLEASE RETURN THIS LETTER AND ANY ENCLOSED MATERIAL WITH YOUR RESPONSE.**

We will not take any further action until we receive this information.

Sincerely,

CONSUMERS ASSISTANCE UNIT
PROCESSING UNIT

212-480-6282 (Fax)

2020-14359-0000   9/2/2020 12:14 PM  # 12844725
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit C (Public)
MontCo Prothonotary

ONE STATE STREET PLAZA, NEW YORK NY 10004| 1 COMMERCE PLAZA, ALBANY NY 12257 | WWW.DFS.NY.GOV

4ps

**MetLife**

This document is incomplete without the Disclaimers Page.

# Product Detail Report

Account# ▮▮0347 A as of: 04/23/2020

*Created For:*
**Donna Breslow**

*Created On:*
**04/23/2020**

04/23/2020

2020-14359-0000   9/2/2020 12:14 PM # 12844726
Rcpt#2020-13-00212   Fee:$290.00   Complaint Civil Action
Exhibit D (Public)
MontCo Prothonotary

© 2019 MetLife Services and Solutions, LLC1

Client Name: Donna Breslow

This document is incomplete without the Disclaimers Page.

Account Number: ████ 0347 A

| Policy Number: | Policy Suffix | Policy Information | Issue Date: | Status: | Amount of Insurance: |
|---|---|---|---|---|---|
| ████ 0347 | A | Whole Life | 11/01/2019 | Death Claim | $70,781.00 |
| | | | | Paid-Prem Pay | |

## Financial Information

### Financial Details

| Death Benefit As Of Date: | | | | |
|---|---|---|---|---|

| Loan Value: | Paid Up Addt'l Ins |
|---|---|

### Dividends

| Last Dividend Credited Amount: | $0.00 | Additional Insurance (AI) Balance: |
|---|---|---|
| Last Dividend Credited Year: | N/A | |

## Billing and Payment Summary

| Scheduled Premium Amount: | $978.37 Due 11/01/2021 | Premium Frequency: | Quarterly |
|---|---|---|---|
| Next Premium Due Date: | 11/01/2021 | | |
| Gross Billed Premium: | N/A | | |
| Premium Base & non-PUAR Rider | $978.37 | | |
| Total Premium: | $978.37 | | |
| Premium Paid to Date: | 11/01/2021 | | |

Paying the insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.

## Contact Us

For Customer Support, call 1-800-638-5000

For help with policy changes and other policy servicing questions, contact your financial services representative.

| Name: | ANTHONY L MAIUOLO |
|---|---|
| Title: | BROKER |
| Representative Number: | 07H-256-1 |
| Office Phone Number: | (999)-999-9999 |
| Office Name: | TRUMP LIFE INSURAN |
| Office Address: | 4135 NORTH FRONT ST, HARRISBURG PA |
| | 17110 |

04/23/2020

© 2019 MetLife Services and Solutions, LLC1

Client Name: Donna Breslow

This document is incomplete without the Disclaimers Page.

Account Number: [redacted] 0347  A

## General Information

### Owner Information

| | | |
|---|---|---|
| Owner Name: | DONNA A BRESLOW | Date of Birth: [redacted] 1961 |
| Social Security Number: | [redacted] | |
| Phone Number: | (215) 206-3562 | Address: | 112 WINDSOR AVE ELKINS PARK, PA 19027 |

### Insured Information

| | | |
|---|---|---|
| Insured Name: | DONNA A BRESLOW | Date of Birth: [redacted] 1961 |
| Social Security Number: | [redacted] | Risk Classification: |
| Address: | 112 WINDSOR AVE ELKINS PARK, PA 19027 | |

### Beneficiary Information

## Primary Beneficiary Information

| Primary Beneficiary | Percentage | Irrevocable Beneficiary | Social Security Number | Date of Birth |
|---|---|---|---|---|
| JORDAN T BRESLOW | 0 | This beneficiary is not irrevocable | N/A | [redacted] 1993 |

© 2019 MetLife Services and Solutions, LLC1

Client Name: Donna Breslow

This document is incomplete without the Disclaimers Page

Account Number [  ]0347 A

# Disclaimers

**Important Information**

Paying the insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.

Disclaimers

The account balances, values and transaction details presented here are derived from our contract administrative system; they are not a legal statement of your account. Please refer to your confirmations and account statements as records of your account. Investments will fluctuate with changes in the securities markets and, therefore, may be worth more or less when redeemed.

MetLife's life insurance products are issued by Metropolitan Life Insurance Company or its affiliated insurance companies; variable life insurance products are distributed by MetLife Investors Distribution Company.

This report is provided for general informational purposes only, and the values contained in this report are simply intended as a general guide. Values are presented as available on the date of the report. The contents of this report should not be relied upon to compute taxes, for legal purposes, or for legal purposes. Please use the individual statements you receive directly from the financial institutions to verify the activity and value of your accounts, and consult a qualified investment, tax or legal professional for advice.

© 2019 MetLife Services and Solutions, LLC1



 **MetLife**

METROPOLITAN LIFE INSURANCE COMPANY
18210 CRANE NEST DRIVE
TAMPA FL 33647

Questions? Contact your representative
Crump - Mass Mutual
ANTHONY L MAIUOLO
565 TAXTER ROAD
SUITE 625
ELMSFORD, NY 10523

---

## INITIAL PREMIUM NOTICE

Contact the Customer Response Center
1-800-638-5000

---

**RE: METROPOLITAN LIFE INSURANCE COMPANY   POLICY ▇ 2 032 A**                           12/09/19

LIFE INSURANCE

DONNA A BRESLOW
112 WINDSOR AVE
ELKINS PARK PA 19027

| NOTICE OF PAYMENT DUE | |
| --- | --- |
| Policy Date: | 11/01/2019 |
| Planned Premium: | $3,977.72 |
| Payment For: | 03 MONTHS |
| Due Date: | 01/09/2020 |
| Advance Payment: | $0.00 |
| Amount Due: | $3,977.72* |

*This amount does not reflect payments received after 12/09/19

INSURED:
DONNA A BRESLOW

Dear DONNA A BRESLOW:

Thank you for doing business with MetLife.

Like most insurance policies, MetLife policies contain exclusions, limitations, reductions of benefits and terms for keeping them in force. Your representative will be glad to provide you with costs and complete details.

Please detach and mail this return stub with payment to "MetLife" in the enclosed envelope to the address below. Thank You!

---

Sales Office/Agency
07H / 250

 **MetLife**

| Policy number | Insured Name | Due Date | Payment for | Amount |
| --- | --- | --- | --- | --- |
| ▇ 2 032 A | DONNA A BRESLOW | 01/09/20 | 03 MONTHS | $3,977.72 |

METROPOLITAN LIFE INSURANCE COMPANY
PO BOX 30430
TAMPA FL 33630

Total amount enclosed: $ 3,977.72

INF-INS-BILL

2020-14359-0000  9/2/2020 12:14 PM  # 12844727
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit E (Public)
MontCo Prothonotary

 **MetLife**

METROPOLITAN LIFE INSURANCE COMPANY
PO Box 30430
Tampa FL 33630

# Receipt for Policy Delivered

| Agency/District: 07H | Frn 250 |
|---|---|

| Policy Owner: DONNA A BRESLOW | Policy Number ▮▮▮2 032 A |
|---|---|

I acknowledge that the policy described above was delivered to me on ___12/30/2019___
Month/Day/Year

Signature of Policyowner ___D B___        Witnessed by ___Joel Breslow___
Representative
(not required if policy eDelivered)

The following sections do not apply to electronically delivered policies:

**If Policy Mailed**

I certify that I have today mailed the policy described above to the policyowner.

*Note: The policy must be sent by certified mail, "restricted delivery", with return receipt requested. Submit the returned receipt with this form.*

Date _____        Signed _____
Representative

**Policy Declined at the Time of Delivery**

I certify that the applicant declined to accept the policy described above.

Date _____        Signed _____
Representative

DO NOT PRINT BELOW THIS LINE. DO NOT PHOTOCOPY



 **MetLife**



2020-14359-0000  9/2/2020 12:14 PM  # 12844728
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit F (Public)
MontCo Prothonotary



## Whole Life Insurance

### A Life Insurance Policy Illustration

## THIS ILLUSTRATION CAN ONLY BE USED AS A RESULT OF A GROUP CONVERSION

Prepared for:   Donna Breslow
Prepared by:    Anthony Maiuolo
                Financial Services Representative
                565 Taxter Road
                Suite 625
                Elmsford, New York, 10523
                Tel:914-372-2959
                Email:anthonymaiuolo@barnumfg.com

Whole Life is issued by Metropolitan Life Insurance Company, 200 Park Ave, New York, NY 10166 on Policy Form 8-90 (95).

Insurance Products:
• Not a Deposit • Not FDIC Insured • Not Insured By
Any Federal Government Agency • Not Guaranteed By
Any Bank Or Credit Union

Metropolitan Life Insurance Company
National Service Center – Illustrations
700 Quaker Lane
Warwick, RI 02886
Phone: (800) 638-9294



1/1

 **MetLife**

## Whole Life (Life Paid-Up at Age 100)

Insured: Donna Breslow
Face Amount: $348,000
Initial Dividend Option:
For issue in the state of:

Risk Class: Unisex Standard
Total Initial Quarterly Premium:
Paid Up Additions (AI)
Pennsylvania

Premium Payment Mode:

Age: 59
$3,977.72
Quarterly

The following table is designed to help you understand how changes in non-guaranteed factors may affect policy values. The three sets of columns show: (1) values based on policy guarantees; (2) values based on the current dividend scale reduced by 50%; (3) values based on the current non-guaranteed dividend scale.

| | Based on Guarantees Only | | | At the Midpoint Scale | | | At the Illustrated Scale | | |
|---|---|---|---|---|---|---|---|---|---|
| | Contract Premium | Cash Value | Death Benefit | Contract Premium | Cash Value | Death Benefit | Contract Premium | Cash Value | Death Benefit |
| End of | | | | | | | | | |
| Year 5 | 15,911 | 28,536 | 348,000 | 15,911 | 30,698 | 351,183 | 15,911 | 32,863 | 354,371 |
| Year 10 | 15,911 | 75,516 | 348,000 | 15,911 | 85,750 | 364,337 | 15,911 | 96,050 | 380,773 |
| Year 20 | 15,911 | 171,564 | 348,000 | 15,911 | 206,248 | 394,527 | 15,911 | 241,795 | 442,180 |
| At Age 70 | 15,911 | 85,260 | 348,000 | 15,911 | 97,234 | 366,865 | 15,911 | 109,394 | 385,862 |
| Total to age 100 | 652,346 | | | 652,346 | | | 652,346 | | |

## Signatures

This illustration assumes that the currently illustrated non-guaranteed elements, including the alternate loan rate, used will not change for all years shown. This is not likely to occur, and the actual results may be more or less favorable than those shown. I have received a copy of this 17 page illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The representative has told me that they are not guaranteed.

_R B_
(Applicant)

Date _12/30/2015_

I certify that this illustration has been presented to the applicant in its entirety and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustration.

Date _____

(Representative)

Anthony Manolo
MMLIA
Financial Services Representative
565 Taxter Road
Suite 625
Elmsford, New York, 10523
Telephone: 914-372-2959
Email: anthonymanolo@barnumfg.com

Date Prepared: 11/25/20,9 11:00:43 AM
BP: 15,910.88   7PAY: 25,932.96

WL08 (2001 CSO)
Page 7 of 17

V 125.001

L1218510553[exp1220][All States]

Form #8-90/95

This illustration is not a contract and is not complete unless accompanied by all numbered pages



2020-14359-0000  9/2/2020 12:14 PM  # 12844729
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit G (Public)
MontCo Prothonotary

 **STATE STREET.**

MENU

Home (https://microsite.ehr.com/statestreet-usbenefits/) / Financial Protection
(https://microsite.ehr.com/statestreet-usbenefits/financial-protection) / Life and AD&D Insurance ()

# Life and AD&D Insurance

## Company-Paid Coverage

State Street automatically provides the following insurance benefits, through MetLife, to you:

| Insurance | Benefit |
| --- | --- |
| Basic Life Insurance* | **For full-time employees**: 2 times annual base salary*, up to $2.5 million<br>(Employee Only)** |
| | **For part-time employees**: $10,000 (Employee Only) |
| Basic AD&D Insurance | $10,000 (Employee Only) |
| Business Travel Accident Insurance | 5 times annual base salary, up to $1 million |

## Optional Employee-Paid Coverage

During your enrollment window, you may also enroll in the following supplementary insurance benefits for you, your spouse/domestic partner and your children:

| Insurance | Benefit |
| --- | --- |
| Optional Term Life Insurance for Employee | 1 to 8 times annual base salary, up to $4 million |
| Optional Term Life Insurance for Spouse/ Domestic Partner | $20,000 or 1 to 4 times your annual base salary, up to $250,000 |
| Optional Term Life Insurance for Child(ren)*** | $5,000 or $10,000 per child** |

2020-14359-0000   9/2/2020 12:14 PM  # 12844730
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit H (Public)
MontCo Prothonotary

| | |
|---|---|
| Voluntary AD&D Insurance for Employee | 1 to 8 times annual base salary, up to $2 million |
| Voluntary AD&D Insurance for Spouse/Domestic Partner | 60% of employee's coverage, up to $250,000 |
| Voluntary AD&D Insurance for Child(ren)*** | 20% of employee's coverage, up to $50,000 per child |
| Voluntary AD&D Insurance for Spouse/ Domestic Partner and Child(ren)** | Spouse/Domestic Partner: 50% of employee's coverage, up to $250,000<br><br>Child(ren): 15% of employee's coverage, up to $50,000 per child |

**NOTE:** Your base salary is your annual salary including shift differentials. It does not include bonuses, overtime or incentive pay.

*Federal law requires that you pay income tax on the value of company-provided basic life insurance over $50,000. "Value" is what the IRS determines to be the premium cost, which is reported as income on your W-2 Form and on your payroll as "Life Insurance Taxable Inc." It's often referred to as "imputed income."*

**If you are a salesperson, your commissions and/or bonuses will be included when calculating your coverage level as well as any cost for optional life insurance or voluntary AD&D or spouse/domestic partner life insurance you purchase.*

***Your eligible dependent children remain covered under child life and voluntary AD&D insurance up to age 26, regardless of student or marital status.*

****You or your spouse/domestic partner must be enrolled to enroll your children.*

Refer to **NetBenefits** for your individual costs. Remember, your rates will depend on your age and tobacco user status.

**NOTE:** A *statement of health* may be required if you wish to increase your coverage level above the Guaranteed Issue amount. You will be notified if you are required to submit a statement of health for your Optional Life insurance or your spouse/domestic partner's Optional Life insurance coverage.

If you have questions about Life and AD&D Insurance, call **+1 800 438 6388 (tel:+18004386388)**.



Jordan Breslow
vs.
Metropolitan
Life Insurance
Company

COPY

Breslow Financial Group

"Objective Financial Planning and Advice"

## Refund Calculations

Original Premium: $3,977.72

Then Policy reclassified as Unplaced

Issue – Prem Pay", which under applicable

free – look provision, entitles Donna A. Breslow to

a full refund.

Refund: $3,977.72

Quarter 1:

Nov. 1
Dec. 1    } 978.37
Jan. 1

Quarter 2

Feb 1
March 1   } 978.37
April (partial    − 293.51
9/30         = 684.86

3,977.72

− minus  978.37

− minus  684.86

− minus  128.48 × (2 refund checks)

_____

$2,186.01
_____

Total
unrefunded
Premium

* (Give 9 days
of 30 day
month)

in whole
dollars

2020-14359-0000   9/2/2020 12:14 PM # 12844731
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit I (Public)
MontCo Prothonotary

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

### WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

P 26830111

Certification Number

*Linda P. Kage*

Local Registrar

APR 13/202

Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: 328892-2020

1. Decedent's Legal Name (First, Middle, Last, Suffix): **Donna Breslow**
2. Sex: **Female**
3. Social Security Number:
4. Date of Death (Month dd, yyyy): **April 09, 2020**

5a. Age Last Birthday (Yrs): **59** | 5b. Under 1 Year | 5c. Under 1 Day | 6. Date of Birth (Mo/Day/Year) (Spell Month): **1961**

7a. Birthplace (City and State or Foreign Country): **Allentown, Pennsylvania**
7b. Birthplace (County): **Lehigh**

8a. Residence (State or Foreign Country): **Pennsylvania**
8b. Residence (Street and Number - Include Apt No.): **112 S 19th Street #2303**
8c. Residence (County): **Philadelphia**
8e. Residence (Zip Code): **19103**

8d. Did Decedent Live in a Township?
☐ Yes, decedent lived in _____
☑ No, decedent lived within limits of **Philadelphia**

9. Ever in US Armed Forces? ☐ Yes ☑ No ☐ Unknown
10. Marital Status at Time of Death: ☑ Married ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown
11. Surviving Spouse's Name (if wife, give name prior to first marriage): **Jonathan Breslow**

12. Father / Parent's Name (First, Middle, Last, Suffix): **Harry Lande**
13. Mother / Parent's Name Prior to First Marriage (First, Middle, Last, Suffix): **Esther Krouse**

14a. Informant's Name: **Jordan Breslow**
14b. Relationship to Decedent: **Son**
14c. Informant's Mailing Address (Street and Number, City, State, Zip Code): **200 W Washington Square #2609 Philadelphia, PA 19106**

15a. Death Occurred in a Hospital ☐ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival
15b. Death Occurred Somewhere Other Than a Hospital ☐ Hospice Facility ☐ Nursing Home/Long Term Care Facility ☐ Other (Specify) ☑ Decedent's Home

15c. Facility Name (If not institution, give street and number): **112 S 19th Street #2303**
15d. City or Town, State, and Zip Code: **Philadelphia, Pennsylvania 19103**
15e. County of Death: **Philadelphia**

16a. Method of Disposition ☐ Burial ☑ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify)
16b. Date of Disposition: **April 10, 2020**
16c. Place of Disposition (Name of cemetery, crematory, or other place): **Ivy Hill Cemetery & Crematory**

16d. Location of Disposition (City or Town, State, and Zip): **Philadelphia, Pennsylvania 19150**
17a. Signature of Funeral Service Licensee or Person in Charge of Interment: *Jonathan D Levine (Electronically Signed)*
17b. License Number: **FD138565**

17c. Name and Complete Address of Funeral Facility: **Levine & Sons Memorial Chapel Inc. 4737 Street Road Trevose, Pennsylvania 19053**

18. Decedent's Education - Check the box that best describes the highest degree or level of school completed at the time of death:
☐ 8th grade or less
☐ 9th - 12th grade; no diploma
☐ High school graduate or GED completed
☐ Some college credit, but no degree
☐ Associate degree (e.g. AA, AS)
☐ Bachelor's degree (e.g. BA, AB, BS)
☑ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA)
☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, DDS, DVM, LLB, JD)

19. Decedent of Hispanic Origin - Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino.
☑ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino (Specify)

20. Decedent's Race - Check ONE OR MORE races to indicate what the decedent considers himself or herself to be:
☑ White
☐ Black or African American
☐ American Indian or Alaska Native
☐ Asian Indian
☐ Chinese
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander
☐ Other (Specify)

21. Decedent's Single Race Self-Designation - Check ONLY ONE to indicate what the decedent considered himself or herself to be:
☑ White
☐ Black or African American
☐ American Indian or Alaska Native
☐ Asian Indian
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander
☐ Don't Know/Not Sure
☐ Refused
☐ Other (Specify)

22a. Decedent's Usual Occupation - Indicate type of work done during most of working life. DO NOT USE RETIRED: **Assistant Vice President**
22b. Kind of Business/Industry: **Banking**

ITEMS 23a - 24 MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH
23a. Actual or Presumed Date of Death (Mo/Day/Yr):
23b. Signature of Person Pronouncing Death (Only when applicable):
23c. License Number:
23d. Date Signed (Mo/Day/Yr):
24. Time of Death: **10:13 AM**
25. Was Medical Examiner or Coroner Contacted? ☐ Yes ☑ No

## CAUSE OF DEATH

26. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. **Breast Cancer**
Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.
b.
Due to (or as a consequence of):
c.
Due to (or as a consequence of):
d.
Due to (or as a consequence of):

Approximate Interval: Onset to Death

27. Was an autopsy performed? ☐ Yes ☑ No
28. Were autopsy findings available to complete the cause of death? ☐ Yes ☐ No

26. Part II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

29. If female:
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

30. Did Tobacco Use Contribute to Death? ☐ Yes ☐ Probably ☐ No ☐ Unknown

31. Manner of Death: ☑ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined

32. Date of Injury (Mo/Day/Yr) (Spell Month):
33. Time of Injury:

34. Place of Injury (e.g. home, construction site, farm, school):
35. Location of Injury (Street and Number, City, State, Zip Code):

36. Injury at Work? ☐ Yes ☐ No
37. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)
38. Describe How Injury Occurred:

39a. Certifier - physician, certified registered nurse practitioner, physician assistant, medical examiner/coroner (Check only one):
☑ Certifying only - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Pronouncing & Certifying - To the best of my knowledge, death occurred at the time, date, and place due to the cause(s) and manner stated.
☐ Medical Examiner/Coroner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

Signature of certifier: *Alana Sigin (Signature on Title)*
License Number: **MD449185**

39b. Name, Address and Zip Code of Certifier: **150 Monument Road Bala**
39c. Date Signed (Mo/Day/Yr): **April 09, 2020**

40. Registrar's District Number: **09-101**
41. Amendments:
42. Registrar File Date (Mo/Day/Yr): **April 11, 2020**

2020-14359-0000   9/2/2020 12:14 PM   # 12844732
Rcpt#2020-13-00212 Fee#290.00 Complaint Civil Action
Exhibit 1 (Public)
MontCo Prothonotary

MetLife
700 Quaker Lane
PO Box 336
Warwick, RI 02887 336

 **MetLife**

Policy number(s): ████2032A & ████0347A
Insured: Donna Breslow

June 29, 2020

Jordan Breslow
314 S Henderson Rd Unit G103
King of Prussia PA 19406

 COPY

Sent via secure email: jordanbreslow93@gmail.com

## Dear Jordan Breslow,

The purpose of this letter is to address the concerns you have expressed in your letter sent to Stephen Gauster, Vice President & General Counsel, regarding the above referenced life insurance policy, ████2032A, as well as your claim for that policy and policy ████0347A.

Please let me begin by offering my condolences for the loss of your mother, Donna Breslow.

## Summary

There have been a number of activities surrounding the coverage on your mother's life since she initially requested to convert her group coverage from her employer in October of 2019.

Originally, she was issued policy ████2032A. The policy issue date was November 1, 2019. Based upon the conversion documentation that was submitted, it appeared she had a total of $348,000 eligible group coverage to convert to an individual policy. Therefore, the policy was issued for the full amount, with a quarterly premium of $3,977.72. This policy was delivered to Donna on December 30, 2019 and the first quarterly premium was received from you on that date.

We were then contacted by Coventry First, requesting a verification of coverage. They submitted their request, along with your mother's authorization, as they indicated that they were considering a viatical arrangement at your mother's request. During the review of the policy values, we became aware that in April of 2019 a claim had been filed on the group policy under the Accelerated Benefit Option. This claim was approved and payment was sent to the policy owner. This payment decreased the life insurance coverage that remained inforce under the group policy and the amount subsequently available for conversion to an individual life insurance policy. I have enclosed here the correspondence that was sent to your mother, the policy owner, on March 9 from MetLife National Accounts which explains this in detail.

As explained in the March 9 correspondence, the original policy was cancelled and it was replaced by policy number ████0347A with the face amount of $70,781, the maximum amount available for conversion. After the cancellation of the incorrect coverage and issuance of policy████0347A, we did not receive any updated documentation or requests from Coventry First regarding any verification of coverage. I have attached a copy of the correspondence sent.

[Group Variable Unive
distributed by MetLife I
through MetLife Securiti


2020-14359-0000   9/2/2020 12:14 PM  # 12844733
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit K (Public)
MontCo Prothonotary

pany (MLIC), New York, NY 10166, and
luding variable products, are distributed
v York, NY 1036. MLIC, MLIDC and MSI

*COPY*

A summary of the subsequent activities relating to the cancelled policy and corrected replacement policy is below:

- ➢ March 23: Quarterly premium payment for policy ████████2032A was received from you in the amount of $3,977.72. This was the second quarterly premium, for a total of $7,955.44
- ➢ March 24: Policy ███████2032A was reversed and the premiums were applied to the amended policy ███████0347A. This policy had an issue date of 11/1/2019 and a quarterly premium due of $978.37. When the premiums from the first policy were applied, the new policy was fully paid through November 2021 with the application of $7,826.96 premium to the policy.
- ➢ March 25: Your communication to Stephen Gauster was received and was forwarded to our Customer Complaint team for review.
- ➢ March 27: the remaining amount of premium you had paid on the canceled policy, totalling $128.48, was refunded to your mother, the policy owner. Two checks were sent in the amount of $64.24 each, one on March 27 and one on April 10. Both checks have been negotiated.
- ➢ April 9: Donna Breslow passed away.
- ➢ April 16: Claim was received from you, the designated beneficiary for the policy. On the claim form, both the old and new policy numbers were referenced. Per our normal process, all policy numbers listed on the form were entered into the claim review system and sent to the claims unit. Due to the recent changes to the original contract, the claims examiner did not properly identify the ███████2032A policy as having been rescinded and the policy was incorrectly revalued manually as inforce, less arrears for the premium payments that had been transferred to the new contract. This was an error by the claims examiner.
- ➢ April 20: Based on this error, payment for both policies was made to you incorrectly and a check was cut on April 21 in the amount of $416,695.78. This payment improperly provided the face amount of both policies claimed (totaling $418,781) less the cost of 2 quarterly premiums for the ███████2032A policy ($7,955.44) plus a refund of the unused premium applied to the ███████0347A policy ($5,870.22).
- ➢ April 24: The claims examiner was contacted by our Customer Complaint team regarding this error and the ongoing case review by our Customer Complaint team that had been initiated upon receipt of your communication to Stephen Gauster. Therefore, the payment check was stopped at that time. However, there was miscommunication between the multiple teams regarding who was handling the review and communications and you were not contacted regarding what had transpired.
- ➢ June 2: We were contacted by the Pennsylvania Department of Insurance. At that time, it was found that the April 24 payment correction had not been completed and you had not been contacted in response to your prior correspondence.

## What we're doing

At this time, the correct coverage amount is ready to be repaid to you, as the beneficiary at the time of your mother's passing and we would like to proceed with the proper payment. The amount payable will be the face amount of policy ███████0347A ($70,781), the refund of unused premiums ($5,870.22), interest consistent with Pennsylvania statute (3% from the date of death to the final date of payment) as well as $15.00 for the stopped check fee that you incurred.

I also noted that you indicated that you would like to receive your payment via a wire transfer. If this is still the case, please provide the account and routing number of your account where you would like the money wired.

Finally, I would like to express my apologies for the delay in claim processing that you have experienced. It is not our plan or process to create delays or stress for our customers or their families. We strive to meet the expectations of our customers and deeply regret when we do not meet those expectations.

COPY

## If you need additional information

You can reach me by:
- Phone: 401-827-3260
- Email: kkurtz@metlife.com

Sincerely,

*Kathryn Kurtz*

Kathryn Kurtz, Manager



**MetLife National Accounts**
501 US Highway 22
Bridgewater, NJ 08807-0891



Donna Breslow
112 Windsor Ave.
Elkins Park, PA 19027

Dear Ms. Breslow,

As a full-time employee of State Street Corporation, you were enrolled in Basic Life Insurance coverage equal to two times your Base Annual Earnings, and Optional Life Insurance of one times your Base Annual Earnings. A copy of your certificate of coverage is attached. At the time your employment ended with State Street Corporation on September 24, 2019, your final Base Annual Earnings were $115,507.88.

Both Basic and Optional Life Insurance have an Accelerated Benefit Option that allows an insured to claim up to 80% of the benefit subject to the following requirements:

- the amount of each ABO Eligible Life Insurance benefit to be accelerated equals or exceeds $10,000; and
- the ABO Eligible Life Insurance to be accelerated has not been assigned; and
- We have received Proof that You are Terminally Ill.

On April 15, 2019, MetLife received an Accelerated Benefit Option claim (Claim Number 21904008753) from you for the following amounts:

- Basic Life - $184,812.61
- Supplemental Life - $92,406.30

MetLife approved and paid these amounts to you on April 25, 2019.

After your employment with State Street Corporation was terminated on September 24, 2019, a conversion notice was mailed to you on September 26, 2019. State Street Corporation's third party recordkeeper listed Basic and Optional Life Insurance amounts available for conversion by you that were incorrect because they did not take into account benefits that had already been paid to you. Because you had exercised the Accelerated Benefit Option, the following conversion provision applies to your coverage amounts:

- On Your Life Insurance at conversion. The amount to which You are entitled to convert under the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOU, will be decreased by
  - the amount of the accelerated benefit paid by Us; and





    o  the Interest and Expense Charge

Because of the payments made by MetLife to you on April 25, 2019, you are only eligible to convert the following amounts:

- Basic Life - $47,187.39
- Supplemental Life - $23,593.70

Your converted life insurance will be updated to reflect these corrected amounts and we will refund any overpaid premium.

If you have any questions, please contact us at 1-877-275-6387 Monday – Friday from 9:00 a.m. to 6:00 p.m. Eastern time.

MetLife National Accounts
501 US Highway 22
Bridgewater, NJ 08807-0891

MetLife
P.O. Box 336
Warwick, RI 0287-336

 **MetLife**

 COPY

U.S. Retail Life Operations
Metropolitan Life Insurance Company

April 20, 2020

Policy: ████2032A
Insured: Donna Breslow
Case Number: MCTS 2002003566-003

Jordan Breslow
550 American Avenue
Ste. 203
King of Prussia, PA 19406

## Dear Mr. Jordan Breslow,

Your recent inquiry has been referred to my department for handling.

## Why we're contacting you

We are currently assembling the records that are necessary to respond. While we want to resolve this matter as quickly as possible, we would appreciate your patience during the course of our investigation.

## What you need to know

Your inquiry has been assigned Reference number MCTS2002003566-003. Please use this number in any communication with us concerning this policy.  Please be assured that we will advise you of our findings as soon as we are in a position to do so. Thank you for bringing this matter to our attention.

## We're here to help

You can reach me by:
- Phone: 813-983-4346, ext.  4346
- Email: Ttoymenendez@Metlife.com
- Fax:    908-552-3439

Sincerely,

*Tammy Toy Menendez*

Tammy Toy-Menendez
Manager/Retail Life Operations

2020-14359-0000   9/2/2020 12:14 PM  # 12844735
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit M (Public)
MontCo Prothonotary







America's Most Convenient Bank®

**Account:**       **TD RELATIONSHIP CHECKING**

**Date posted:**    **Apr 23, 2020**

**Amount:**        **$416,695.78**

**Front of deposit slip**



**Back of deposit slip**

535366070342 135904  20200423 000000000000000000
  DDA_CREDIT LJOSEP4  0.00
King of Prussia 0353 94004 5353 0005 0089

2020-14359-0000  9/2/2020 12:14 PM # 12844878
Rcpt#2020-13-00212 Fee:$290.00 Complaint Civil Action
Exhibit N (Public)
MontCo Prothonotary


COPY

## Front of check



Detach stub before cashing

**MetLife** Metropolitan Life Insurance Company
Personal Life Insurance Death Claim

**623**

60-937/213

Policy Number(s)
████ 2032 A    ████ 0347 A

Check Number
**004432735**

Name of Insured
DONNA BRESLOW

Not Valid Before
APR 20, 2020

Pay to the Order of:

JORDAN T BRESLOW

Amount
Dollars   Cents
$ *416695.78

JPMorgan Chase Bank, N.A.
6040 Tarbell Road
Syracuse, NY 13206

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

AUTHORIZED SIGNATURE

## Back of check



535366070343 135924   20200423 000000000332300623
TRN_DEBIT LJOSEP4   416695.78
King of Prussia 0353 94004 5353 0005 0089

© 2020 TD Bank, N.A. All Rights Reserved



 **MetLife**

# My Accounts

Don't see all your policies?

---

| Message Center |
| --- |
| Reminders (1) |
| 1 of 1 |

Group policies can also be linked with your account by clicking on 'Don't see all your policies?'.

**Download the MetLife Mobile App**

Submit an claim
pay auto &
policy bills
account inf
Get it free
app store t





App S

Googl

 

2020-14359-0000   9/2/2020 12:14 PM  # 12844879
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit O (Public)
MontCo Prothonotary

**MetLife, Your Life**

Auto & Home tips to keep you and your family safe.

**Connect With Us**

Facebook
Twitter
LinkedIn
YouTube

# Life Insurance

## MetLife

**MetLife**

Provided by MetLife and Affiliated Companies

### Whole Life

I want to...

Policy number: ████2032 A

**Billing and Payments**
Premium payment due 11/01/2019: **$3,977.72**
Billing option: Direct Bill.

**Financial Information**
Face amount as of 04/23/2020: **$348,000.00**
Death benefit as of 04/23/2020: **N/A**

**General Information**
Insured: Donna A Breslow
Status: Death Claim Paid - Prem Pay

**Primary beneficiaries**
Jordan T Breslow

View additional policy details

### Whole Life

I want to...

Policy number: ████0347 A

**Billing and Payments**
Premium payment due 11/01/2021: **$978.37**
Billing option: Paid in Advance.

**Financial Information**
Face amount as of 04/21/2020: **$70,781.00**
Death benefit as of 04/21/2020: **N/A**

**General Information**
Insured: Donna A Breslow
Status: Death Claim Paid - Prem Pay

**Primary beneficiaries**
Jordan T Breslow

View additional policy details

Customize Life Insurance accounts list

**eDelivery: S
Fast**
Go paperless- b
information
will be securely
as soon as
they're available. (Plus, you
could save a tree.)

**Sign up today!**

My Accounts

**Self-Care Tips for Better Work/Life Blending**

As your work and home life blend together more and more, here are some simple ways to keep stress levels low and productivity high.

**See More**

Feedback

COPY

**Privacy Policy    Terms Of Use    Frequently Asked Questions**

Disclaimers

**MetLife**

**My Accounts**

The account balances, values and transaction details presented here are derived from our contract administrative s[...] [...]l [...] account. We permit you to communicate instructions to us here solely for your convenienc[...] [...]irmations and account statements as records of your account. Investments will fluctuate with changes in the se[...] therefore, may be worth more or less when redeemed.

Metropolitan Life Insurance Company and/or its affiliates are the issuers of the products shown on these web pages.

Auto and Home insurance is offered by Metropolitan Property and Casualty Insurance Company (Met P&C®) and its affiliates, Warwick, RI. Not available in all states and subject to availability and individual qualifications.

Variable insurance products are distributed by MetLife Investors Distribution Company ("MLIDC") (Member FINRA) and offered through retail broker-dealers with selling agreements with MLIDC and/or its affiliates. Met P&C® and MLIDC are MetLife companies.

© 2018 MetLife Services and Solutions, LLC

Feedback

COPY

2́psy



2020-14359-0000   9/2/2020 12:14 PM  # 12844880
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit P (Public)
MontCo Prothonotary

STOP PAYMENT

STOP PAYMENT

STOP PAYMENT

Detach stub before cashing

MetLife

JORDAN T BRESLOW

Check Number  623

004432735

Not Valid Before
APR 20, 2020
Amount
Dollars   Cents

$ *416695.78

AUTHORIZED SIGNATURE

*211274450*
04/28/2020
0000007244874716

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON (C)
STOP PAYMENT

Cash Letter 1 of 1
Bundle 1 of 1
Item 1 of 1

COPY

```
074909962  04/23/2020
   000001790495204
111900057  04/24/2020
   00006670965444
*211274450*  04/28/2020
   000000726487416
```

↓ Do not endorse or write below this line ↓

ENDORSE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DALMATJOB (06/17)

031201365924  20200423  000000000332300623

TRINITY JOSEP4  41669578

King Trust  53 94004 5353 0005 0089

```
>03120136924  04/23/2020
   00000410202316
*>211274450*  04/23/2020
   00000410202316
```

The security features listed below, as well as those not listed, exceed
industry guidelines.

• Anti-Copy Technology
• Void Pantograph
• Verification Grid
• Micro Print With
• Original Document Back Pattern

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

COPY

**JORDAN TYLER BRESLOW**

60-848
319   C

638

DATE 3/23/2020

PAY TO THE ORDER OF   METLife                                          $ 3,977.72

Three Thousand Nine Hundred Seventy   DOLLARS   ← Heat Reactive Ink
Seven 72/100 —

**BMT   BRYN MAWR TRUST**

#___2032A

MEMO Donna A Breslow                                               JB

---

**JORDAN TYLER BRESLOW**

319

577

DATE 12/30/2019

PAY TO THE ORDER OF   MetLife                                          $ 3,977.72

Three Thousand Nine Hundred seventy seven 72/100 DOLLARS   ← Heat Reactive Ink

**BMT   BRYN MAWR TRUST**

2032A

MEMO Initial Premium                                              JB

2020-14359-0000   9/2/2020 12:14 PM  # 12844881
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit Q (Public)
MontCo Prothonotary

**TD Bank**

America's Most Convenient Bank®

COPY

007892 1/1

2
9

AB 01 007892 05417 B 24 A

JORDAN T BRESLOW
JONATHAN M BRESLOW
314 S HENDERSON RD UNIT G103
KING OF PRUSSIA, PA 19406-2449

To: JORDAN T BRESLOW

This letter serves as notification of the following Incoming Wire Transfer
credited to account number **********7172 on 06/30/2020.
If you have any questions, please contact your nearest TD Bank Branch
or call 1-800-YES-2000.

```
Amount:                            $77,189.23
Beneficiary:                       JORDAN T BRESLOW
Account Number:
Address:                           314 S HENDERSON RD UNIT G103
                                   19406 KING OF PRUSSIA
                                   UNITED STATES OF AMERICA US

Sender:
Bank Name:                         JPMORGAN CHASE
ABA Number:                        021000021
Reference Number:                  2429913182FS
Originator Bank:                   METROPOLITAN LIFE INSURANCE CO
Address:                           METLIFE 200 PARK AVENUE
                                   NEW YORK NY US
By Order Of:                       METROPOLITAN LIFE INSURANCE COMPANY
Address:                           200 PARK AVENUE
                                   10036 NEW YORK
                                   UNITED STATES OF AMERICA//US
Receiver Bank Name:                TD BANK, NA
ABA Number:                        036001808
FRB Incoming Confirmation Number:  20200630C1B76E1C00497506301130FT03
Reference for Beneficiary:         ■■■■0347A
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:
```

THANK YOU FOR CHOOSING TD BANK.

Page 01



2020-14359-0000  9/2/2020 12:14 PM # 12844882
Rcpt#2020-13-00212  Fee:$290.00  Complaint Civil Action
Exhibit R (Public)
MontCo Prothonotary

4205



**pennsylvania**
INSURANCE DEPARTMENT

July 6, 2020

*COPY*

Jordan Breslow
200 W Washington St  Apt 2609
Philadelphia PA  19106

RE:     METROPOLITAN LIFE INSURANCE COMPANY
        20-199-249150

Dear Jordan Breslow:

Thank you for contacting the Pennsylvania Insurance Department with your concerns.

I have carefully reviewed all of the information we have gathered from you and the insurance company for compliance with Pennsylvania Insurance Statutes and Regulations.

Metropolitan confirmed that on June 30, 2020, the correct death benefit of $77,189.23 was forwarded to you.  This amount included 3% interest, calculated from the date of death to the final date of payment and  $15.00 reimbursement of the stopped payment fee.

We appreciate the opportunity to review your concern.

Thank you for bringing this matter to our attention and do not hesitate to contact me if you have any questions.

Sincerely,

Karen Gaskill
Compliance  Investigator
717-705-0150

2020-14359-0000   9/2/2020 12:14 PM  # 12844883
Rcpt#2020-13-00212   Fee:$290.00  Complaint Civil Action
Exhibit S (Public)
MontCo Prothonotary

*The Insurance Department's Bureau of Consumer Services reviews consumer complaints that may relate to the insurance laws of the Commonwealth. This letter is intended solely to provide you with the results of our efforts responding to your recent inquiry. It does not affect any other legal rights or remedies you may have, including any ability you may have to seek relief in court or some other forum. Further, be advised that this communication does not constitute an adjudication under the Administrative Agency Law.*

Sign:
JB
Jordan Breslow
8/20/2020