

Penelope M. Taylor
Partner
T. 973.639.7947
F. 973.297.3837
ptaylor@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
www.mccarter.com

November 17, 2020

**VIA ECF**

Hon. Marilyn Heffley, III, U.S.M.J.
United States District Court
For the Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 4001
Philadelphia, PA 19106

**Re: <u>Jordan Breslow v. Metropolitan Life Insurance Co.</u>, Civil Action No. 2:20-cv-04896 (ER-MH)**

Dear Magistrate Judge Heffley:

We represent Defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter, which is scheduled for a settlement conference on December 28, 2020 at 2 pm pursuant to Your Honor's Conference Order dated November 16, 2020.

With the consent of *pro se* plaintiff Jordan Betlow, we respectfully request that the settlement conference be moved to a date in January of 2021. The MetLife in-house lawyer handling this matter and appearing for the telephone settlement conference will be on vacation the last two weeks of December.

We thank the Court for its consideration of this request.

Respectfully submitted,


*/s/ Penelope M. Taylor*

Penelope M. Taylor

cc:   Jordan Breslow (via email)

ME1 32482618v.1